IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>         Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>         Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

**DEFENDANT METROPOLITAN WASHINGTON AIRPORTS AUTHORITY'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW Defendant Metropolitan Washington Airports Authority ("Airports Authority"), by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), and moves to dismiss Plaintiff Kenneth Pritchard's Complaint for failure to state a claim upon which relief can be granted.

As further support for this Motion, the Airports Authority attaches its Memorandum of Points and Authorities incorporated herein as if set forth in full.

WHEREFORE, given the above good and valid reasons, and those reasons articulated in the attached Memorandum of Points and Authorities, Defendant Airports Authority respectfully requests that this Court grant its Motion to Dismiss, and dismiss Plaintiff's Complaint against it with prejudice.

Respectfully Submitted,

FRIEDLANDER MISLER, PLLC

/s/ Joseph W. Santini

Joseph W. Santini, Esq., Va. Bar # 47377
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
jsantini@dclawfirm.com

*Attorney for Defendant Metropolitan Washington Airports Authority*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 1st day of March 2019, I sent the above Motion to Dismiss via the Court's electronic case filing system to:

James M. Eisenmann, Esq.
Nina Y. Ren, Esq.
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Ave., NW, Suite 1000
Washington, D.C. 20006

/s/ Joseph W. Santini

Joseph W. Santini