**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>         Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>         Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

## **ORDER**

UPON CONSIDERATION OF Defendant Metropolitan Washington Airports Authority's Motion to Dismiss Plaintiff Kenneth Pritchard's Complaint for failure to state a claim upon which relief can be granted, opposition thereto and good cause having been shown, it is accordingly,

ORDERED, that Defendant Metropolitan Washington Airports Authority's Motion to Dismiss shall be, and is hereby, GRANTED, and it is further,

ORDERED, that Plaintiff Kenneth Pritchard's Complaint shall be, and is hereby, DISMISSED WITH PREJUDICE.

Date:_____              _____
                                  The Honorable Anthony J. Trenga,
                                  U.S. District Judge, U.S. District
                                  Court for the Eastern District of
                                  Virginia