| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 570-2011-00511 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Andrea J. Bickley | (240) 439-4656 | 08-29-1960 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 4166, Frederick, MD 21705 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY | 500 or More | (703) 417-1322 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1 Aviation Circle, Suite 158, Washington, DC 20001 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-13-2010   Latest: 08-13-2010
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about April 4, 2007, I was hired by Metropolitan Washington Airports Authority as a General Business Specialist. On or about November 1, 2008, I was offered a promotion by Mr. Steven Baker, VP of Business Administration. Between on or about January 2009 and August 2010 I observed Mr. Baker and Ms. Margaret McKeough, Chief Operating Officer, disagree over the promotion. I believe Ms. McKeough preferred a male for this role. On or about August 13, 2010, Mr. Baker informed me that my offer of promotion was rescinded permanently and the offer not extended to me again.

I believe that I have been discriminated against because of my sex, Female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4/7/2011   [signature]<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |