# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>         Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON AIRPORTS AUTHORITY<br><br>         Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

## **PRAECIPE**

THE CLERK OF COURT will please substitute the attached Exhibit to the Defendant Metropolitan Washington Airports Authority's Motion to Dismiss Plaintiff Kenneth Pritchard's Complaint, and remove the previously filed Exhibit from the Court's file. The previously filed Exhibit was erroneously filed without redacting date of birth, phone number and home address information. Counsel for the Defendant Metropolitan Washington Airports Authority apologizes to the Court for this oversight and error.

                   Respectfully Submitted,

                   FRIEDLANDER MISLER, PLLC

                   /s/ Joseph W. Santini

                   Joseph W. Santini, Esq., Va. Bar # 47377
                   5335 Wisconsin Ave., NW, Suite 600
                   Washington, DC 20015
                   202-872-0800
                   202-857-8343 (fax)
                   jsantini@dclawfirm.com

                   *Attorney for Defendant Metropolitan Washington Airports Authority*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 1st day of March 2019, I sent the above Praecipe via the Court's electronic case filing system to:

> James M. Eisenmann, Esq.
> Nina Y. Ren, Esq.
> KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
> 818 Connecticut Ave., NW, Suite 1000
> Washington, D.C. 20006

/s/ Joseph W. Santini
_____
Joseph W. Santini