IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-1432 (AJT/TCB) |
| ) | |
| METROPOLITAN WASHINGTON ) | |
| AIRPORTS AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On Friday, April 12, 2019, the Court heard oral argument on Defendant Metropolitan Washington Airports Authority's Motion to Dismiss Plaintiff's Complaint [Doc. 6] ("the Motion"). Upon consideration of the Motion, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court at the April 12, 2019 hearing, it is hereby

ORDERED that Defendant Metropolitan Washington Airports Authority's Motion to Dismiss Plaintiff's Complaint [Doc. 6] be, and the same hereby is, DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 12, 2019