**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>          Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>          Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

## **CERTIFICATE OF DISCOVERY**

I HEREBY CERTIFY that on May 1, 2019, Defendant Metropolitan Washington Airports Authority served its Rule 26(a)(1) Disclosures on all counsel of record in this case, and that on May 13, 2019, Defendant served its First Set of Interrogatories and Request for Production of Documents to Plaintiff on all counsel of record in this case. I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

                Respectfully Submitted,

                FRIEDLANDER MISLER, PLLC

                /s/ Joseph W. Santini
                _____
                Joseph W. Santini, Esq., Va. Bar # 47377
                Lindsay A. Thompson, Va. Bar # 83175
                5335 Wisconsin Ave., NW, Suite 600
                Washington, DC 20015
                202-872-0800
                202-857-8343 (fax)
                jsantini@dclawfirm.com
                lathompson@dclawfirm.com

                *Attorneys for Defendant Metropolitan Washington*
                *Airports Authority*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on the 13th day of May 2019, I sent the above Certificate of Discovery via the Court's ECF system, to:

   James M. Eisenmann, Esq.
   Nina Y. Ren, Esq.
   KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
   818 Connecticut Ave., NW, Suite 1000
   Washington, D.C. 20006

            /s/ Joseph W. Santini
            _____
            Joseph W. Santini