**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **KENNETH PRITCHARD,**<br><br>         **Plaintiff,**<br><br>   v.<br><br>**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY.**<br><br>         **Defendant.** | Civil Action No.  1:18-cv-1432-AJT-TCB |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND

The Court, having heard and considered *Plaintiff's Motion for Leave to Amend*, *Defendant's Response* and the entire record herein, does hereby FIND and ORDER:

The *Plaintiff's Motion for Leave to Amend* is GRANTED.

SO ORDERED this _____ day of _____, 2019.

_____
Anthony J. Trenga
United States District Judge

_____
Magistrate Judge Theresa Carroll Buchanan

cc:   Clerk
      Counsel