**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>        Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

**PRAECIPE**

PLEASE BE ADVISED that, although the Defendant Metropolitan Washington Airports Authority takes the position that the new claims contained within Plaintiff Kenneth Pritchard's Motion for Leave to File First Amended Complaint [Doc. 24] could have been filed at an earlier date, it will <u>not</u> file a Response in Opposition to Plaintiff Kenneth Pritchard's Motion for Leave to File First Amended Complaint [Doc. 24].

            Respectfully Submitted,

            FRIEDLANDER MISLER, PLLC

            /s/ Joseph W. Santini
            _____
            Joseph W. Santini, Esq., Va. Bar # 47377
            Lindsay A. Thompson, Va. Bar # 83175
            5335 Wisconsin Ave., NW, Suite 600
            Washington, DC 20015
            202-872-0800
            202-857-8343 (fax)
            jsantini@dclawfirm.com
            lathompson@dclawfirm.com

            *Attorneys for Defendant Metropolitan Washington Airports Authority*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on the 2nd day of July 2019, I sent the above Praecipe via the Court's ECF system, to:

     James M. Eisenmann, Esq.
     Nina Y. Ren, Esq.
     KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
     818 Connecticut Ave., NW, Suite 1000
     Washington, D.C. 20006

                                      /s/ Joseph W. Santini
                                      _____
                                      Joseph W. Santini