## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>              Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>              Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on July 3, 2019, Defendant Metropolitan Washington Airports Authority served its Notice of Video Deposition of Plaintiff Kenneth Pritchard on all counsel of record in this case. I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully Submitted,

FRIEDLANDER MISLER, PLLC

/s/ Joseph W. Santini

Joseph W. Santini, Esq., Va. Bar # 47377
Lindsay A. Thompson, Va. Bar # 83175
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
jsantini@dclawfirm.com
lathompson@dclawfirm.com

*Attorneys for Defendant Metropolitan Washington Airports Authority*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on the 3rd day of July 2019, I sent the above Certificate of Discovery via the Court's ECF system, to:

  James M. Eisenmann, Esq.
  Nina Y. Ren, Esq.
  KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
  818 Connecticut Ave., NW, Suite 1000
  Washington, D.C. 20006

             /s/ Joseph W. Santini
             _____
             Joseph W. Santini