**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **KENNETH PRITCHARD,**  Plaintiff,  v.  **METROPOLITAN WASHINGTON AIRPORTS AUTHORITY.**  Defendant. | Civil Action No.  1:18-cv-1432-AJT-TCB |

**PLAINTIFF'S CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on May 1, 2019, Plaintiff Kenneth Pritchard served the Rule 26(a)(1) Disclosures on Defendant's counsel of record in this case, and that on July 5, 2019, Plaintiff served Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions on Defendant's counsel of record in this case. I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/ Nina Ren

James M. Eisenmann, Esq. (appearing pro hac vice)
Email: jeisenmann@kcnlaw.com
Nina Ren, Esq. (VSB No. 86434)
Email: nren@kcnlaw.com
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW, Suite 1000
Washington, D.C. 20006

Direct Dial: 202-558-5968  
Office: 202-331-9260  
Facsimile: 1-866-879-6171  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Joseph W. Santini, Esq. ([jsantini@dclawfirm.com](mailto:jsantini@dclawfirm.com))
>Lindsay Allaire Thompson ([lathompson@dclawfirm.com](mailto:lathompson@dclawfirm.com))
>Friedlander Misler, PLLC
>5335 Wisconsin Avenue, NW, Suite 600
>Washington, D.C. 20015

*Counsel for the Defendant*

*/s/ Nina Ren*
Nina Ren