**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **KENNETH PRITCHARD,**<br><br>  Plaintiff,<br><br>  v.<br><br>**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY.**<br><br>  Defendant. | Civil Action No.  1:18-cv-1432-AJT-TCB |

**PLAINTIFF'S NOTICE OF WAIVER OF HEARING**

Mr. Eisenmann, on behalf of Plaintiff Mr. Pritchard, and Mr. Santini, on behalf of Defendant Metropolitan Washington Airports Authority, have waived hearing on Plaintiff's Second Motion to Extend Discovery (ECF No. 28).

Respectfully submitted,

/s/ Nina Ren

James M. Eisenmann, Esq. (appearing pro hac vice)
Email: jeisenmann@kcnlaw.com
Nina Ren, Esq. (VSB No. 86434)
Email: nren@kcnlaw.com
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW, Suite 1000
Washington, D.C. 20006
Direct Dial: 202-558-5968

Office: 202-331-9260  
Facsimile: 1-866-879-6171  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Joseph W. Santini, Esq. (jsantini@dclawfirm.com)
    Lindsay Allaire Thompson (lathompson@dclawfirm.com)
    Friedlander Misler, PLLC
    5335 Wisconsin Avenue, NW, Suite 600
    Washington, D.C. 20015

*Counsel for the Defendant*

/s/ Nina Ren_____  
Nina Ren