IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KENNETH PRITCHARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-1432 (AJT/TCB) |
| | ) | |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the parties' Joint Consent Motion to Extend Time to Make Rule 26(a)(3) Disclosures [Doc. 38] ("the Motion"), it is hereby

ORDERED that the Motion be, and the same hereby is, GRANTED; and the deadline for the parties to file their Rule 26(a)(3) disclosures be, and the same hereby is, EXTENDED to September 11, 2019.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 21, 2019