# UNITED STATES DISTRICT COURT
# FINAL PRETRIAL CONFERENCE

Date: **8/22/2019**  Judge: **Trenga/TCB**
Time: **10:05 - 10:10**  Deputy Clerk: **Dani Zirk**

Civil Action Number: **1:18-cv-1432**

## KENNETH PRITCHARD

**V.**

## METROPOLITAN WASHINGTON AIRPORTS AUTHORITY

APPEARANCES:
    Counsel for Plaintiff and Defendant present.

TRIAL:
[**X**] Case set for trial by JURY on 10/21/2019 at 10:00 a.m. (est. approx. 4 days)
[  ] Case set for trial by COURT on _____ at _____

Summary Judgment Motions are to be filed by 9/9/2019, with the opposition to be submitted by 9/23/2019, and any response to be submitted by 10/1/2019. Summary Judgment Motion Hearing set for 10/4/2019 at 10:00 a.m.

The parties are directed to schedule a Settlement Conference with Magistrate Judge Buchanan.