**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **KENNETH PRITCHARD,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY.**<br><br>    **Defendant.** | Civil Action No.  1:18-cv-1432-AJT-TCB |

## PLAINTIFF'S WITNESS LIST

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's March 26, 2019 Order (ECF No. 12), Plaintiff Ken Pritchard, through undersigned counsel, hereby submits the following list of potential witnesses for the trial in the above-captioned matter. The witness list below reflects the current status of Plaintiff's ongoing trial preparation efforts. On August 21, 2019, the Court extended the time to submit this list to September 11, 2019 (ECF No. 41). Plaintiff reserves the right to amend this list – including eliminating proposed witnesses – should further developments warrant.

*Witnesses Plaintiff Expects to Present*

1. Kenneth H. Pritchard, 11146 Beacon Way (POB 1870), Lusby, MD 20657, Phones: 301.704.4025 (cell), 410.326.2448 (home)

2. Philip Sunderland, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

3. John E. Potter, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

4. Anthony Vegliante, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

5. Anthony H. Griffin, 12795 Netherleigh Place, Herndon, VA 20171, Phone: 703.295.9278

6. Margaret E. McKeough, 11906 Proffitt Estates Ct., Herndon, VA 20171

7. Morris Kletzkin, Friedlander Misler, Attorneys at Law, 5335 Wisconsin Avenue, NW, Suite 600, Washington, DC 20015, Phone: 202.872.0800

8. Peter Delate, 2526 12th Street NW, Washington, DC 20009, Phone: 202.319.2942

9. Michael Rumberg, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

10. Gail P. Endicott, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

11. Jennifer Howard, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

12. Elmer H. Tippett, 940 Astern Way, Unit 207, Annapolis (Parole), MD 21401, Phone: 410.609.8222

13. Joseph Kalet, 5280 Ka Haku Road, Unit 234d9, Princeville, HI 96722 (PO Box 22300 PMB 260, Princeville, HI  96722)

14. Naomi C. Klaus: 422 North Kenmore Street, Arlington, VA 22201, Phone: 703.525.5582

15. Brian Leuck, 16527 Hampton Road, Hamilton, VA 20158, Phone:  540.454.5595

16. David Poland, 807 Scarlett Drive, Towson, MD  21286-2910, Phone: 410.296.1859

17. Marcelene Wesley, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

18. Mackensie Ryan, DOT-OIG, 1200 New Jersey Ave SE, 7th Floor, Washington, DC 20590, San Francisco Regional Office Phone: 415.522.4902

19. Teri (Vogliardo) Mounts, DOT-OIG, 1200 New Jersey Ave SE, 7th Floor, Washington, DC 20590, Seattle Regional Office Phone: 206.220.7754

20. Lonnie Robinson, DOT-OIG, 1200 New Jersey Ave SE, 7th Floor, Washington, DC 20590, 202.366.1959

21. Dennis Ocampo, DOT-OIG, 1200 New Jersey Ave SE, 7th Floor, Washington, DC 20590, Phone: 202.366.1959

22. Ron Engler, DOT-OIG, 1200 New Jersey Ave SE, 7th Floor, Washington, DC 20590, Phone: 202.366.1959

23. Barbara Barnet, DOT-OIG, 1200 New Jersey Ave SE, 7th Floor, Washington, DC 20590, Phone: 202.366.1959

24. Special Agent Angela Ryan, FBI HQ, 935 Pennsylvania Avenue, NW, Washington, DC 20535, Phone: 202.324.3000

25. Frank R. Wolf, Sr., 1435 Hunter View Farms, Vienna, VA 22182, Phone: 703.759.5371

26. Debbie Williams, MWAA, 1 Aviation Circle, Washington, DC 20001-6000 , Phone: 703.417.8600

27. Tanisha L. Lewis, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

28. Sharon Breighner, 238 Summerfield Drive, Winchester, VA 22602, Phone: 571.235.5566

29. Patricia E. Steven, 4532 Shoal Creek C, Alexandria, VA 22312, Phone: 703.256.3506

30. Bruce Heppen, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

*Witnesses Plaintiff May Call if the Need Arises:*

31. Deborah Lockhart, contact information unknown

32. Kenneth F. Graff, 2675 Butterfly Place, Indian Head, MD 20640, Phone: 301.743.7409

33. Robin Wade, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

34. Christopher U. Browne, 6115 Green Cap Place, Fairfax, VA 22030  Phone: 703.509.1120 (cell)

35. Janice Borneman-Eckels, 1832 Pleasantville Rd, Forest Hill, MD  21050-2316, Phone: 410.399.9506

36. Michael Brogan, 7480 Fountain Head Drive, Annandale, VA  22003, Phones: 703.928.0631 (cell), 703.354.6045 (home)

37. Lisa Robinson-McCray, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone:  703.417.8600

38. Nancy Robinson, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

39. Melissa Waller, 608 Pleasants Drive, Fredericksburg, VA 22407, Phone: 703.598.2497

40. Patti Lehman, DOT-OIG, 1200 New Jersey Ave SE, 7th Floor, Washington, DC 20590, Phone: 202.366.1959

41. Richard Golinowski, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

42. E. Fred Seitz, Jr., 514 Cobblestone Drive, Hopewell, VA 23860, Phone: 804.517.1991

43. Robert Blackwell, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

44. Brian Esworthy, 3905 Riley Hampton Drive, Myrtle Beach, SC 29579, Phone: 301.514.5185

45. Alesia Javins, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

46. Sandra Jackson, MWAA, 1 Aviation Circle, Washington, DC 20001-600, Phone: 703.417.8600

47. Gina Medsker, PhD, 8606 Cherry Valley Lane, Alexandria, VA 22309, Phone: 703.799.3979

48. Michael Giardina, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

49. Janet Carpenter, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phone: 703.417.8600

50. Dennis Michael Dayton, 19208 Stone Brook, Chapel Hill, NC 27517, Phone: 984.234.0187

51. Steve Settle, MWAA, 1 Aviation Circle, Washington, DC 20001-6000, Phones: 703.417.8600 and 703.380.4730

In addition to the witnesses listed above, Plaintiff hereby designates each individual identified in Defendant's Witness List. Plaintiff reserves the right to call any document custodian(s) needed to authenticate or establish the admissibility of any documents to the extent such objections are raised and the parties are unable to reach agreement. Plaintiff also reserves

the right to supplement his witness list as permitted by the Court and call additional witnesses for impeachment or rebuttal.

Plaintiff currently intends to introduce the live testimony of the above witnesses in Court. If, however, any of the above witnesses are unavailable or, in the case of witnesses residing outside of this Court's subpoena power, unwilling to testify, Plaintiff reserves the right to present those witness's testimony via deposition, either by video or transcript.

Respectfully submitted,

/s/ Nina Ren

Richard R. Renner, Esq. (appearing pro hac vice)
James M. Eisenmann, Esq. (appearing pro hac vice)
Email: jeisenmann@kcnlaw.com
Nina Ren, Esq. (VSB No. 86434)
Email: nren@kcnlaw.com
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW, Suite 1000
Washington, D.C. 20006
Direct Dial: 202-558-5968
Office: 202-331-9260
Facsimile: 1-866-879-6171
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Joseph W. Santini, Esq. (jsantini@dclawfirm.com)
> Lindsay Allaire Thompson (lathompson@dclawfirm.com)
> Friedlander Misler, PLLC
> 5335 Wisconsin Avenue, NW, Suite 600
> Washington, D.C. 20015
>
> *Counsel for the Defendant*

                                                          /s/ Nina Ren
                                                          Nina Ren