# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>                                        Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>                                       Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

## DEFENDANT'S RULE 26(a)(3) WITNESS LIST

Defendant Metropolitan Washington Airports Authority ("Airports Authority"), by counsel, hereby files its Rule 26(a)(3) Witness List as follows:

**I.     Rule 26(a)(3)(A)(i):**

     **A.     Witnesses expected to be presented at trial:**

1. Morris Kletzkin
   Friedlander Misler, PLLC
   5335 Wisconsin Ave., NW, Suite 600
   Washington, D.C. 20015

2. Anthony Vegliante
   Metropolitan Washington Airports Authority
   1 Aviation Circle
   Washington, D.C. 20001

3. John Potter
   Metropolitan Washington Airports Authority
   1 Aviation Circle
   Washington, D.C. 20001

4. Robin Wade
   Metropolitan Washington Airports Authority
   1 Aviation Circle
   Washington, D.C. 20001

5.  Gail Endicott
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

6.  Bruce Heppen
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

7.  Tanisha Lewis
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

8.  Nancy Robinson
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

9.  Michael Brogan
    7480 Fountain Head Drive
    Annandale, VA  22003

10. Samuel Pulcrano
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

**B.     Witnesses that may be called should the need arise:**

1.  Phillip Sunderland
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

2.  Kevin Jones
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

3.  Verdella Jennings
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

4. Michael Rumberg
   Metropolitan Washington Airports Authority
   1 Aviation Circle
   Washington, D.C. 20001

5. Melinda Crawford
   Metropolitan Washington Airports Authority
   1 Aviation Circle
   Washington, D.C. 20001

6. Janice Borneman-Eckels
   1832 Pleasantville Rd.
   Forest Hill, MD  21050

7. Margaret McKeough
   11906 Proffitt Estates Court
   Oak Hill, VA 20170

8. Warren Reisig
   Metropolitan Washington Airports Authority
   1 Aviation Circle
   Washington, D.C. 20001

9. Anne Field
   Metropolitan Washington Airports Authority
   1 Aviation Circle
   Washington, D.C. 20001

10. Brook Belete
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

11. Alan Davis
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

12. Bryan Norwood
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

13. Julius Evans
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

14. William "Randy" Caldwell
    Metropolitan Washington Airports Authority
    1 Aviation Circle
    Washington, D.C. 20001

15. All witnesses identified by Plaintiff to which Defendant has not objected.

16. All witnesses necessary for rebuttal or impeachment.

        Respectfully Submitted,

        FRIEDLANDER MISLER, PLLC

        /s/ Joseph W. Santini

        Joseph W. Santini, Esq., Va. Bar # 47377
        Lindsay A. Thompson, Va. Bar # 83175
        5335 Wisconsin Ave., NW, Suite 600
        Washington, DC 20015
        202-872-0800
        202-857-8343 (fax)
        jsantini@dclawfirm.com
        lathompson@dclawfirm.com

        *Attorneys for Defendant Metropolitan Washington Airports Authority*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 11th day of September 2019, I sent the above Rule 26(a)(3) Witness List via the Court's ECF system, to:

>Richard Renner, Esq.
>James M. Eisenmann, Esq.
>Nina Y. Ren, Esq.
>KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
>818 Connecticut Ave., NW, Suite 1000
>Washington, D.C. 20006

>>>>/s/ Joseph W. Santini
>>>>_____
>>>>Joseph W. Santini