IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD, <br><br>　　　　　　　　　Plaintiff, <br><br> v. <br><br> METROPOLITAN WASHINGTON <br> AIRPORTS AUTHORITY <br><br>　　　　　　　　　Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

**DEFENDANT'S RULE 26(a)(3) EXHIBIT LIST**

Defendant Metropolitan Washington Airports Authority ("Airports Authority"), by counsel, hereby files its Rule 26(a)(3) Exhibit List as follows:

**I.　　Rule 26(a)(3)(A)(iii):**

　　**A.　　Documents/Exhibits expected to be offered at trial.**

　　　　1.　　Morris Kletzkin's administrative investigation report, Bates label, "MWAA 54" through "71."

　　　　2.　　Airports Authority's Conduct and Discipline Directive, Bates label "MWAA 828" through "857."

　　　　3.　　Airports Authority's Workplace Violence policy, Bates label "MWAA 793" through "800."

　　　　4.　　Robin Wade's outline of Gail Endicott's complaint, Bates label "MWAA 132" through "133."

　　　　5.　　Letter, January 19, 2017, re: proposed termination, Bates label, "MWAA 134" through "136."

　　　　6.　　Letter, February 7, 2017, re: final termination, Bates label, "MWAA 154" through "157."

　　　　7.　　E-mail chain, 10/12/16, Bates label, "MWAA 443."

　　　　8.　　E-mail chain, 7/15/16, Bates label, "MWAA 485" through "486."

9. E-mail chain, 6/3/16, Bates label, "MWAA 575."

10. E-mail, 10/23/15, Bates label, "MWAA 609."

11. E-mail chain, 12/12/15, Bates label "MWAA 628" through "629."

12. E-mail chain, 1/13/16, Bates label "MWAA 639."

13. E-mail chain, 1/26/16, Bates label "MWAA 648."

14. E-mail, 2/24/16, Bates label "MWAA 679."

**B.     Documents/Exhibits that may be offered should the need arise:**

1. Plaintiff's Answers to Interrogatories.

2. Affidavit of Anthony Vegliante, Bates label "MWAA 158" through "164."

3. Affidavit of Warren Reisig, Bates label "MWAA 165" through "167."

4. Affidavit of William Caldwell, Bates label "MWAA 168" through "171."

5. Affidavit of Tanisha Lewis, Ex. 2 to Defendant's Motion for Summary Judgment.

6. Affidavit of Nancy Robinson, Ex. 3 to Defendant's Motion for Summary Judgment.

7. Affidavit of Gail Endicott, Ex. 4 to Defendant's Motion for Summary Judgment.

8. Affidavit of Bruce Heppen, Ex. 7 to Defendant's Motion for Summary Judgment.

9. Disciplinary letter to Deborah Lockhart, Ex. 12 to Defendant's Motion for Summary Judgment.

10. Affidavit of Anne Field, Ex. 14 to Defendant's Motion for Summary Judgment.

11. Affidavit of Brook Belete, Ex. 15 to Defendant's Motion for Summary Judgment.

12. Affidavit of Bryan Norwood, Ex. 16 to Defendant's Motion for Summary Judgment.

Case 1:18-cv-01432-AJT-TCB   Document 49   Filed 09/11/19   Page 3 of 6 PageID# 494

13. Affidavit of Alan Davis, Ex. 17 to Defendant's Motion for Summary Judgment.

14. Affidavit of Morris Kletzkin, Ex. 18 to Defendant's Motion for Summary Judgment.

15. DOT OIG letter to Airports Authority, dated June 3, 2019, Ex. 19 to Defendant's Motion for Summary Judgment.

16. PMP, Pay for Performance, 2014, Bates label "MWAA 229."

17. PMP, Pay for Performance, 2013, Bates label "MWAA 231."

18. PMP, Pay for Performance, 2012, Bates label "MWAA 232."

19. Two letters drafted by Gail Endicott at Plaintiff's direction, Bates label "MWAA 437" through "438."

20. E-mail chain, 10/20/16, Bates label, "MWAA 445."

21. Employer Support of National Guard document created by Plaintiff, 10/20/16, Bates label, "MWAA 446."

22. E-mail chain, 10/21/16, Bates label, "MWAA 451."

23. Notes from Plaintiff, 10/20/16, Bates label, "MWAA 452" through "462."

24. E-mail chain, 10/24/16, Bates label, "MWAA 463" through "464."

25. E-mail chain, 7/7/16, Bates label, "MWAA 469."

26. E-mail chain, 7/12/16, Bates label, "MWAA 474."

27. E-mail chain, 5/16/16, Bates label, "MWAA 496."

28. E-mail chain, 8/1/16, Bates label, "MWAA 499."

29. E-mail chain, 8/11/16, Bates label, "MWAA 503."

30. E-mail chain, 8/29/16, Bates label, "MWAA 510."

31. E-mail chain, 9/1/16, Bates label, "MWAA 513."

32. E-mail chain, 5/17/16, Bates label, "MWAA 561."

3

33. E-mail chain, 9/1/16, Bates label, "MWAA 562."

34. E-mail chain, Bates label, "MWAA 564" through "568."

35. E-mail chain, 6/10/16, Bates label, "MWAA 576."

36. E-mails chain, 7/5/16, Bates label, "MWAA 582" through "585."

37. E-mail chain, 8/27/16, Bates label, "MWAA 589."

38. E-mail chain, 7/12/16, Bates label, "MWAA 590."

39. E-mail chain, 10/20/15, Bates label, "MWAA 600."

40. E-mail chain, 10/23/15, Bates label, "MWAA 607."

41. E-mail, 11/10/15, Bates label, "MWAA 611."

42. E-mail, 11/20/15, Bates label, "MWAA 617."

43. E-mail, 12/17/15, Bates label, "MWAA 630."

44. E-mail, 12/28/15, Bates label, "MWAA 635."

45. Notes by Endicott, Bates label "MWAA 659" through "661."

46. Pritchard's Personnel File, Bates label "MWAA 177" through "436."

47. Pritchard's retirement paperwork and associated correspondence, Bates label "MWAA 109" through "131."

48. EEOC Dismissal and Notice of Rights letter issued to Pritchard, Bates label "MWAA 173."

49. Morris Kletkzin's report and letter re: Karen Mallicoat Rodriguez investigation, dated March 21, 2012 and March 27, 2012, previously produced in discovery.

50. Pritchard's recorded statement given to Morris Kletzkin, 12/28/16, Bates labeled "MWAA 72" through "98."

51. E-mail referenced in Paragraph 29 of First Amended Complaint by Heppen.

52. Termination letter to Jaimi Jones, May 2, 2017, previously produced in discovery.

53. Termination letter to Peter Delate, May 10, 2017, previously produced in discovery.

54. Termination letter to David Dickerson, March 4, 2019, produced contemporaneously with this Exhibit List.

55. Termination letter to Devrey Matthews, August 31, 2017, contemporaneously with this Exhibit List.

56. All documents/exhibits identified by the Plaintiff to which Defendant has not objected.

57. All documents necessary to refresh recollection, for rebuttal or for impeachment.

Respectfully Submitted,

FRIEDLANDER MISLER, PLLC

/s/ Joseph W. Santini

Joseph W. Santini, Esq., Va. Bar # 47377
Lindsay A. Thompson, Va. Bar # 83175
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
jsantini@dclawfirm.com
lathompson@dclawfirm.com

*Attorneys for Defendant Metropolitan Washington Airports Authority*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 11th day of September 2019, I sent the above Rule 26(a)(3) Exhibit List via the Court's ECF system, to:

    Richard Renner, Esq.
    James M. Eisenmann, Esq.
    Nina Y. Ren, Esq.
    KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
    818 Connecticut Ave., NW, Suite 1000
    Washington, D.C. 20006

                                                /s/ Joseph W. Santini
                                                Joseph W. Santini