**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **KENNETH PRITCHARD,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY.**<br><br>        **Defendant.** | **Civil Action No.  1:18-cv-1432-AJT-TCB** |

<u>**PLAINTIFF'S EXHIBIT LIST**</u>

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court's March 26, 2019 Order (ECF No. 12), Plaintiff Kenneth Pritchard, through undersigned counsel, hereby submits the following list of potential exhibits for the trial in the above-captioned matter. Plaintiff reserves the right to elect not to introduce any of these exhibits at trial, and to re-arrange the numbering sequence prior to trial. The exhibit list below reflects the current status of Plaintiff's ongoing trial preparation efforts. On August 20, 2019, the parties submitted a joint motion for extension of time to submit this list. If the joint motion is granted, Plaintiff intends to file a new list to supplement or amend this list. Alternatively, Plaintiff reserves the right to amend this list – including eliminating proposed exhibits – should further developments warrant.

***Exhibits Plaintiff Expects to Present:***

<u>Deposition Exhibits of Morris Kletzkin</u>

1. Morris Kletzkin's handwritten list of witnesses
2. January 17, 2017, report of Morris Kletzkin
3. January 11, 2017, Renner email to Kletzkin requesting a litigation hold
4. January 13, 2017, Kletzkin letter responding to request for litigation hold

1

5. December 28, 2016, Administrative Investigation Notice

Deposition Exhibits of Michael Rumberg
6. May 9, 2017 Peter Delate Formal Complaint (P's 4th Production, Box 13, pp. 00371-72)
7. May 10, 2017 Vegliante Termination Letter to Delate (P's 4th Production, Box 13, pp. 00373)

Deposition Exhibits of Anthony Vegliante
8. June 22, 2013-July 19, 2013 Monthly Report Compensation Department, MA-540 (Dep. Ex. 8).
9. May 29, 2013 Email Re: New Act of Retaliation Against Me by MWAA (Dep. Ex. 9)
10. June 27, 2013 Email Re: Backlog of 2012 personnel and pay actions that Compensation "works through" AND "PE-10 workflow" (Dep. Ex. 10)

Deposition Exhibits of John Potter

11. November 8, 2012 KCNF Letter to Potter (Dep. Ex. 11)
12. April 2, 2013 Email Re: Please restore me to my old office (Suite 107.11) (Dep. Ex. 12)
13. September 24, 2012 Interim Leadership of MA-500m Office of Human Resources Presentation (Dep. Ex. 13)
14. July 26, 2012 Pritchard Memorandum Re: Your request (Dep. Ex. 14)

Deposition Exhibits of Philip Sunderland

15. April 30, 2010 Memorandum Re: Appeal of My PMP Evaluation for Performance Year 2009 (P's 4th Production, Box 13, pp. 00344-360).
16. October 28, 2010 Memorandum Re: Executive Summary of Ken Pritchard's documentation with note (Dep. Ex. 16).
17. By-Position Spreadsheet of Current Cases of Unclassified Duties (as of 5/31/10) (Dep. Ex. 17).
18. January 31, 2011 Note from Pritchard to Sunderland (P's 4th Production, Box 13 p. 00400).
19. February 7, 2011 Sunderland Memorandum Re: Whistleblower Status (P's 4th Production, Box 13, pp. 00401-03).
20. April 17, 2012 Pritchard Memorandum RE: Wrongdoing in the Office of Human Resources (MA-500) and Beyond (P's 4th Production, Box 13, pp. 00406-08).
21. June 24, 2012 Email Re:  Your Voicemail of 6-22-12 Concerning the October 2011 SPECIAL Exit Interview Program Report for CEO Potter and COO McKeough (P's 4th Production, Box 13, pp. 00362-63).
22. Pritchard Complaints (12-16-2011-01; 12-16-2011-02; 10/27/2011) (P's 4th Production, Box 13, pp. 00364-70).
23. June 29, 2012 Email Re: To report Illegal activity, pp.00404-05).

24. June 29, 2012 Additional Report of Illegal Activity at/by MWAA (P's 4th Production, Box 13 pp. 00339-43).
25. October 11, 2011 Pritchard Report of Illegal Activity (Dep. Ex. 24).

<u>Other Exhibits</u>

26. January 19, 2017 Proposed termination letter
27. February 7, 2017 Termination letter
28. February 2, 2017 Response to proposed termination letter
29. Voicemail recording Track01.cda
30. Voicemail recording Track02.cda
31. Voicemail recording Track03.cda
32. Voicemail recording Track04.cda
33. Voicemail recording Track05.cda
34. Voicemail recording Track06.cda
35. Voicemail recording Track07.cda
36. Transcript of voicemail recordings and certification of voicemail recordings
37. Photos of January 26, 2017 (8)
38. Photos of March 20, 2017 (12)
39. Photos of March 22, 2017 (5)
40. NDAA Complaint and exhibits
41. EEOC Charge
42. MWAA's September 20, 2017, Response to EEOC Charge with attachments
43. Pritchard's July 10, 2018, Rebuttal of MWAA's Response to EEOC Charge, with exhibits
44. October 7, 2010 Email Re: Last call...really need your Office's UW rep... (P's 14th Production, Box P pt. 2, pp. 00141-43).
45. May 11, 2011, May 25, 2011, June 29, 2011 Emails Re: HumRoConsultants (P's 4th Production (P's 14th Production, Box P pt. 2, pp. 0018-19, 29-30, 167-68).
46. Breighner exit interview papers (Pre-Departure with Breighner's typing, Exit Interview, Endicott's typed notes, stray notes and notes of 6-13-11 meeting of Kalet-Pritchard-Endicott (P's 4th Production, Box 1, pp. 00758-00836).
47. Steven Pre-Departure paper with typed sheet and notes of 6-29-11 meeting of Kalet-Pritchard-Endicott (P's 4th Production, Box 1, pp. 00839-855).
48. Yanique Ingarra-Endicott fax paperwork of 2009 (P's 18th Production, Box 24, pp. 00387-388).
49. Documentation of Graff exit interview including Pritchard-Graff discussion of 1-14-15, Box 18, bookmark B1.1 and (P's 4th Production, Box 13, p. 00225).
50. Transcript of Kletzkin's December 28, 2016, interview of Pritchard
51. April-May 2013 Monthly Report (P's 14th Production, Box F, pp. 00398-401).
52. Pritchard email to Vegliante (P's 26th Production, Box F, pp. 00571-574).
53. Monthly Report for May-June 2013 with Vegliante's handwritten comments on it (2 back-to-back pages from item 1 to item 24) plus transmittal note by Vegliante (P's 26th Production, Box F, pp. 00174-179, 00397-408).
54. 5-29-13 emails (P's 3rd Production, Box 10, pp. 00175-176).
55. 5-30-13 email thread (P's 26th Production, Box F, pp. 0038).

56. Endicott email with spreadsheets, Box D, bookmark 1-A.

57. Meeting Invitation for 8-4-13 between Finance and Legal re: Pritchard recoupment, Box 3B, bookmark E1A

58. Salary write-up by Endicott with note by Pritchard (5-30-13) (P's 26th Production, Box F, pp. 00215-217).

59. Pritchard-Veglainte email with attachment, June 28, 2013, of the 33rd production

60. Email from Pritchard to Endicott and Howard, 8-9-13 at 07:31, subject:  Issue 1 … Issue 2 …….. system' (P's 16th Production, Box X2, p. 00125).

61. Email threads in (P's 3rd Production, Box 10, pp. 00423-429, 432).

62. Certificate of 4-30-13, and Emails of 12-7-12 and 12-11-12 (P's 26th Production, Box F, pp. 00597-600).

63. Email threads at (P's 26th Production, Box F, pp. 00580-588).

64. 8-31-12 email threads of  Williams and Brogan (P's 26th Production, Box F, pp. 00875).

65. 6-9-11 email thread, subject: 'Contract No. 1-09-C129 HumRRo – HR Compensation Support Services.' Box 24, bookmark 19-10-A

66. Endicott emails (P's 12th Production, Box 18, pp. 0060-61).

67. Memo from Pritchard to Sunderland (4-17-12, subject: 'Wrongdoing in the Office of Human Resources (MA-500) and Beyond') (P's 24th Production, Box 9, pp. 00167-169).

68. Chart Pack from 8-9-12 meeting and 9-14-12 meeting (P's 8th Production, Chart Pack, pp. 001362-1376).

69. Page with 23 names, Box 19, bookmark 10-A

70. Spreadsheet of 8-9-12 (P's 24th Production, Box 9, pp. 004-27).

71. 8 pages of notes of the 8-9-12 meeting and three other emails about this meeting (P's 12th Production, Box 18, pp. 00209-216).

72. Email from Pritchard to Kalet and Morris, 8-25-12 at 16:11, subject: 'Clarification to 8-9-12 Meeting Discussion' and handwritten meeting notes (P's 24th Production, Box 9, pp. 0030-33).

73. Reserved

74. Email from Pritchard to Morris with cc to Kalet, 9-6-12 at 17:57, subject:  'BTW, as I go through my files for answers to questions you have asked – I am reminded of WEIRD ACTIVITY BY LOCKHART' (P's 24th Production, Box 9, p. 00190).

75. Email from Pritchard to Morris with cc to Kalet, 9-8-12 at 14:35, subject: 'How Many Times Must I Say It?' (P's 24th Production, Box 9, pp. 0042-43).

76. Email thread to Kalet with cc to Morris and Dunne, ending from Pritchard 9-1-12 at 13:30, subject:  FW: It strikes me ONCE AGAIN' (P's 24th Production, Box 9, pp. 00172-173).

77. Email from Pritchard to Howard and Endicott, 4-18-13 at 12:13, subject: 'My meeting with Mr. Potter This Morning', Box 15, bookmark 25A

78. 5-page paper ('Promotional Pay-Setting Policy Review …') with Potter and McKeough responses of 4-19-13 and notes (P's 7th Production, Box J, pp. 0099-103).

79. Email from Pritchard to Morris with cc to Kalet, 9-6-12 at 18:47 subject: 'You asked for specific examples of certain types of wrongdoing in employment and pay at MWAA' (P's 24th Production, Box 9, pp. 00860-862).

80. Email from Pritchard to Morris with cc to Kalet, 9-15-12 at 17:56, subject: 'Our meeting on 9-14-12' (P's 12th Production, Box 18, pp. 00125-126.

81. Pritchard memo to Sunderland 1-25-13, with subject: 'D. Lockhart – Mismanagement/Wrongful Actions as an MWAA Manager and Official, Falsification of Timecards, Massive and Continuing Violations of Title VII, Retaliation Against Me, Etc.' (P's 18th Production, Box 24, pp. 00507-509)

82. Email of 7-28-12 (P's 3rd Production, Box 10, p. 00434).

83. Email of 8-2-12 at 11:23 (P's 3rd Production, Box 10, pp. 426-427)

84. PE-15 showing retirement of George Ellis (P's 26th Production, Box F, p. 00717).

85. Pritchard email to Morris with cc to Kalet of 9-15-12 at 17:55, subject: 'BTW …' Box 15, bookmark 15-16-A

86. 2-15-13 PPT re: Lockhart's transgressions (P's 18th Production, Box 24, pp. 00126-128 and 00257-259).

87. Documents about contractor payments to Lockhart and Williams (P's 26th Production, Box F, pp. 00631-633, 00665-671, 00673).

88. 6-11-12 email (P's 26th Production, Box F, p. 00442).

89. Reserved

90. Notes of the Management Forum on September 20, 2013 (Supplement to P's 26th Production, Box F, pp. 001002-1004).

91. Notes of the Management Forum on January 26, 2015 (P's 27th Production, Box T, pp. 00136-143).

92. Notes of the Management Forum of February 25, 2015 (P's 27th Production, Box T, pp. 00152-154).

93. Job descriptions (P's 12th Production, Box 18, pp. 223-246).

94. Pritchard email to Howard and Endicott, 8-6-13 at 08:26, subject: 'My OUTSIDE appt of 8-2-13 with DOT-OIG audit and law enforcement.' Box 15; 15-18-A.

95. 10-12-11 email transmitting EIP report (P's 18th Production, Box 24, pp. 00397-410).

96. 6-21-12 email from Endicott to Pritchard about EIP report (P's 26th Production, Box F, p. 00448).

97. Pritchard email 2-15-13 to Potter, Box 11, bookmark 1G.

98. April 2008 spreadsheet to Bennett (P's 3rd Production, Box 10, pp. 00501-502).

99. 3-29-11 PPT presentation to Congressman Wolf, emailed 8-20-19

100.   Pritchard submission to DOT OIG (P's 18th Production, Box 24, pp. 003-79); (P's 12th Production, Box 18, pp. 00205-206).

101.   Email thread ending from Endicott to Pritchard, 5-16-16 at 10:41, subject: 'RE: Question' (P's 26th Production, Box F, pp. 00030-36).

102.   Pritchard notes meeting with Controller (P's 18th Production, Box 24, p. 00381).

103.   Relocation agreement (P's 18th Production, Box 24, p. 00378).

104.   Pritchard notes of Tippett statements (P's 18th Production, Box 24, p. 00381).

105.   Email thread ending 4-2-2013 (P's 3rd Production, Box 10, pp. 00178-179)

106.   Email thread ending 8-6-10 re: retaliation (P's 14th Production, Box P, pt. 2, p. 00218).

107.   Reimbursement request approved by Brogan, Box P, bookmark 2B

108.   Email 8-16-10 cancelling trainings (P's 16th Production, Box X, pp. 0089).

109. Email thread ending 10-7-10 (P's 14th Production, Box P, pt. 2, pp. 00141-00143).

110. Email threads of May 2011 re: COTR duty (P's 14th Production, Box P, pt. 2, pp. 0018-19).

111. Email threads of May and June 2011 re: COTR duty (P's 14th Production, Box P, pt. 2, pp. 0023-30).

112. Email thread of June 9, 2011 re: COTR duty (P's 18th Production, Box 24, p. 00979).

113. Email of 5-11-11 re: brainstorming session and handwritten note re: COTR duty, Book P, bookmark 52A

114. Emails and notes of 2011 re: HRIS access (P's 14th Production, Box P, Pt. 2, pp. 00172-186).

115. Email thread ending 10-26-11, Box P, bookmark 5C

116. Notes by Endicott (April 2012) re: EI document tampering by Holt, Box P, bookmark 4A

117. Report to DOT-OIG re: MWAA-Arent Fox liaison, (P's 12th Production, Box 18, pp. 00197-203).

118. Multi-party email thread ending from Kalet to Pritchard, 4-12-12 at 14:50 (P's 3rd Production, Box 10, pp. 00246-248).

119. 4-20-12 email re: Guice Vacancy, Box 15, bookmark 14A

120. Email thread ending from Pritchard to Williams, 5-14-12 at 11:59, subject: 'RE: Your 2012 PMP Agreement', Box 9, bookmark 1P (P's 24th Production, Box 9, pp. 0099-103).

121. 6-11-12 email finalizing organization structure proposal (P's 26th Production, Box F, p. 00442).

122. 6-20-12 and 6-28-12 meeting information – reply, schedule, notes, and 6-22-12 memo, all re: Exit Interview Program (P's 3rd Production, Box 10, pp. 00567-580).

123. 6-20-12 reorganization presentation package (P's 7th Production, Box J, pp. 00342-359).

124. 6-21-12 memo and email thread ending 6-28-12, Box 11, bookmark 1A

125. 6-24-12 email and 6-25-12 email (P's 3rd Production, Box 10, pp. 00568-569).

126. 6-26-12 email, presentation, copy of 10-11-12 transmittal with 6-27-12 annotation, 6-27-12 meeting notes, 6-27-12 email and related information (P's 3rd Production, Box 10, pp. 00560-565).

127. Emails of 7-3-12 (in two different copies), email thread ending 8-1-12 at 10:07, and yellow stickie note of 8-31-12 (P's 24th Production, Box 9, pp. 00399-404).

128. 7-2-12 PPT meeting/presentation with Potter: annotated slides of 6-29-12 PPT discussed with Potter on 7-22-12, annotated slides of 7-2-12 PPT, notes from meeting and email thread between Pritchard-Barnes setting up meeting (P's 3rd Production, Box 10, pp. 00587-596).

129. 7-5-12 email from Williams to Pritchard at 1045, Box 20, bookmark 5-C.

130. Three email threads between Williams and Pritchard ending 7-18-12 (P's 24th Production, Box 9, pp. 0058-64).

131. Email thread between Williams and Pritchard ending 7-13-12 (P's 24th Production, Box 9, pp. 0074-79).

132. Email thread between Compensation staff ending 7-17-12, Box P, bookmark 5A

133.   Email thread between Compensation staff ending 8-8-12, Box P, bookmark 5

134.   7-20-12 notes by Pritchard re: Tippett discussion (P's 24th Production, Box 9, p. 00626).

135.   Email thread (with attachments) between Pritchard and Kalet, ending 7-24-12 (P's 24th Production, Box 9, pp. 00156-157).

136.   Email thread ending from Pritchard to Golinowski on 7-28-12 (P's 3rd Production, Box 10, p. 00434).

137.   Email from Pritchard to Howard and Endicott of 8-2-12, Williams-to-Pritchard memo of 6-21-12, visit-by-McKeough-notes by Pritchard and email from Pritchard to Endicott and Howard of 8-4-12 (P's 3rd Production, Box 10, pp 00423-432).

138.   Form PE-15 reassigning Howard on 8-12-12, Box L, bookmark 14E

139.   Email thread between Compensation staff of 8-15-12 (P's 24th Production, Box 9, pp. 00187-188).

140.   Email thread between Compensation staff ending 8-21-12 (P's 12th Production, Box 18, pp. 0060-61).

141.   Handwritten notes by Pritchard of 8-24-12 with initials by Brogan and Lewis (P's 26th Production, Box F, pp. 00807-818).

142.   8-22-12 email from Pritchard to self on August 22, 2012 (P's 24th Production, Box 9, pp. 00427).

143.   Email thread from Pritchard to Endicott and Howard ending August 25, 2012 (P's 24th Production, Box 9, p. 00623).

144.   Email thread between Compensation staff ending September 5, 2012 (P's 24th Production, Box 9, pp. 00704-705).

145.   September 7, 2012 PPT presentation, two email threads and related material (P's 7th Production, Box J, pp. 0042-54, 0077-81).

146.   Email thread between Pritchard-McKeough-Potter forwarded by Pritchard to Kalet with cc to Morris, September 7, 2012, Box 11, bookmark 1U

147.   Pritchard email to Morris with cc to and Kalet, 9-18-12 at 18:05, subject: 'I looked at another file, please accept this additional "allegation" (P's 6th Production, Box 1, p. 001108).

148.   Pritchard email to Morris with cc to Kalet, 9-22-12 at 18:16, subject: 'Well, I have looked at more files today and' (P's 12th Production, Box 18, p. 00160).

149.   Email thread between Howard, Kalet, Tippett and Pritchard ending from Pritchard to Tippett, 10-16-12 at 09:30, subject: 'RE:  Are you here???' (P's 26th Production, Box F, pp. 00820-822).

150.   Notes of Pritchard-Brogan discussion of February 21, 2014 (P's 26th Production, Box F, pp. 00107-109).

151.   2-page signed/dated proposal by Pritchard (July 14, 2016) (P's 16th Production, Box X, pp. 00298-99), HR Managers Meeting Notes (page 3) of October 26, 2016 (P's 27th Production, Box T, pp. 001080-1082), and email from Pritchard to Howard on October 26, 2016 (P's 7th Production, Box J, p. 00642).

152.   Pritchard's Trip Report of 1-26-17 (P's 31st production, MISC, pp. 000022-26).

153.   Kletzkin letter of 1-17-17 (P's 31st production, MISC, pp. 00001).

154.   Notes, Pritchard-Rumberg telecon, 12-30-16 (P's 31st production, MISC, p. 009).

155.   Notes, Pritchard-Vegliante meeting, 5-12-14 (P's 31st production, MISC, p. 0010).

156.   Pritchard-Vegliante email with attachment, 6-28-13 (P's 31st production, MISC, pp. 0017-19).

157.   Pritchard HR pubs list, June 2018 (P's 31st production, MISC, pp. 0011-12).

158.   Pritchard Military pubs list, November 2018 (P's 31st production, MISC, pp. 000013-15).

159.   Pritchard-SHRM Letter, 10-9-00 (P's 31st production, MISC, p. 0016).

160.   Pritchard-Xpert HR email, 4-18-12 (P's 31st production, MISC, pp. 0020-21).

161.   VP for Communications vacancy announcement (MWAA-12-10622) (P's 24th Production, Box 9, p. 00761), and fill with David Mould, Box 20, bookmark 22

162.   Email from Pritchard Morris with cc to Kalet, August 25, 2012 at 17:20 (P's 24th Production, Box 9, pp. 0050-52).

163.   Notes by Pritchard about March 22, 2013 meeting with Potter about Leon Clarke and John Jackson (P's 7th Production, Box J, pp. 0090-91), and email from Pritchard to Howard of 4-28-13 plus note from 3-22-13), Box 14, bookmark 1D

164.   Email from Pritchard to Vegliante on 9-17-13, at 12:21, subject: 'Another Detail with Pay to Unclassified Cuties?  And retroactive, too?  This MUST be a mistake!' (P's 7th Production, Box J, pp. 00189-190).

165.   Email exchange between Pritchard and Rumberg ending from Pritchard January 22, 2014 at 13:34, subject: 'RE: Wednesday – 1-12-14' (P's 2th Production, Box F, pp. 0051-52).

166.   Typed timelines for job description in March 2014, with note (P's 7th Production, Box J, p. 0013), and Delate-Diaz-other emails and records for same job, Box 15, bookmark 20-A

167.   HR Managers Meeting Notes of July 24, 2014 re: certifications for small procurement personnel (P's 27th Production, Box T, pp. 00817, 820, 822-25).

168.   Email ending from Pritchard to Leuck with cc to Golinowski, September 26, 2016 at 06:41, subject: 'FW: A decision has been made about PE (yes/no required) for the MA-120/220 deputy jobs (P's 7th Production, Box J, pp. 00130-131).

169.   Email thread ending November 2, 2015 and pages of 2016 DRAFT Budget book annotated by Delate (P's 26th Production, Box F, p. 00982).

170.   Email from Robinson to Pritchard, January 27, 2016 at 15:24, subject: 'Reminder of summary notes' (P's 27th Production, Box T, p. 00155).

171.   Email thread ending from Pritchard to Endicott on February 4, 2016 at 06:28, subject: 'RE: FYI' (P's 7th Production, Box J, pp. 00470-741).

172.   Email ending from Pritchard to his staff, August 24, 2016 at 13:52, subject: "FW: Point scoping of Your Job (and the Deputy General Counsel job)' (P's 7th Production, Box J, pp. 00638-640).

173.   Email thread between Pritchard, Rumberg and Howard ending from Pritchard to Howard and Rumberg September 13, 2016 at 12:33, subject: 'RE: 2016 Trades Apprentice, public.xls.'  Box 11, bookmark 1T.

174.   Email from Pritchard to Vegliante, 11-1-16 at 07:57, subject: 'Job Issues Chart – OSCM,' 11-1-16' with attachment (P's 12th Production, Box 18, pp. 00534-535).

175.   Email from Pritchard to Howard, with cc to Pritchard at home, 11-9-16 at 09:10, subject: 'Visit by MEM just now.' Box 11, bookmark 2F.

176. Email from Pritchard to Howard at home, 11-15-16 at 07:08, subject: 'BTW, Paolino', and email from Pritchard to Leuck, 8-11-16 at 08:07, subject 'YOU asked,' both in (P's 7th Production, Box J, pp. 000421, 00423).

177. Email from Pritchard to Pritchard at home, 11-22-16 at 14:36, subject: 'Visit by JH just now regarding (1) DwPs = why?, and (2) lesser treatment of AF v. CP and CW and Asst Controller' (P's 7th Production, Box J, p. 00351).

178. Just Noticeable Difference paper with annotations and highlights (P's 12th Production, Box 18, pp. 00555-566).

179. HR Managers Meeting notes of August 29, 2013) (P's 27th Production, Box T, pp. 00843-848).

180. HR Managers Meeting notes of August 7, 2014 (P's 27th Production, Box T, pp. 00962-964).

181. HR Managers Meeting of September 2015? (date uncertain) (P's 27th Production, Box T, pp. 00179-182).

182. HR Managers Meeting notes of February 4, 2016 (P's 27th Production, Box T, pp. 000145-150).

183. HR Managers Meeting Notes of June 9, 2016 (P's 27th Production, Box T, pp. 01059-1061).

184. Brian Levchuk convenience file (personnel forms, notes, etc.) (P's 7th Production, Box J, pp. 00202-209).

185. Compensation staff meeting notes of November 2, 2015 by Delate (P's 27th Production, Box T, pp. 001230-1231).

186. Email thread ending from Pritchard to Endicott, 5-28-15 at 0845, subject: 'RE JD for TCO Position', Box L, bookmark 76.10.

187. Email thread ending from Endicott 5-13-15 at 112:07, subject: RE Update of VP for Engineering job' Box X, bookmark 1O.

188. Email thread ending from Pritchard to Endicott and Howard on 2-3-16 at 11:44, subject: I'll spare you guys all the gory details and just give you the "highlights" Box X, bookmark 1P.

189. Reserved.

190. Email thread between Endicott and Pritchard of 4-8-16 ending from Pritchard at 10:30, subject: 'RE: Turnover rates discrepancy' (P's 7th Production, Box J, pp. 00418-419).

191. Emails between Endicott and Pritchard of June 4, 2016 and August 20, 2016 (P's 4th Production, Box 13, pp. 00227-231).

192. Emails between Endicott and Pritchard of August 20, 2016, April 16, 2016, March 26, 2016, March 19, 2016, February 6, 2016 and October 3, 2015. (P's 4th Production, Box 13, pp. 00233-239).

193. Email between Endicott and Pritchard of October 10, 2012. (P's 4th Production, Box 13, pp. 00233-241).

194. Emails between Endicott and Prichard of November 2, 2012 and inside-the-folder notes about other HR staff. (P's 4th Production, Box 13, pp. 00251-252).

195. Endicott-Pritchard email thread of November 6, 2012 (P's 4th Production, Box 13, pp. 00245-246).

196. Endicott-Pritchard-Howard email thread of October 22, 2014 (P's 4th Production, Box 13, p.00247).

197.   Compensation staff email thread of October 23, 2015 (P's 4th Production, Box 13, pp. 00254-257).

198.   Endicott-Pritchard email of August 6, 2016 (P's 4th Production, Box 13, pp. 00249-250).

199.   Email from Vegliante to his staff of November 29, 2016 at 12:47 and email from Heppen to Compensation staff of November 29, 2016 at 08:13 (P's 4th Production, Box 13, 00299-300).

200.   Email thread between Endicott and Diaz ending from Endicott to Pritchard, 7-22-14 at 10:53, subject: 'FW: Hey – I need the application for Imad Salem, too please – thanks', and email thread between Pritchard and Endicott ending from Pritchard, 7-22-14 at 11:02, subject:  'RE: Perhaps someone needs to make it clear to MA-510 …' (P's 16th Production, Box X2, pp. 00138-139).

201.   Email thread ending from Pritchard to Howard, 6-8-16 at 14:49, subject: 'FW: Ambassadors' (P's 16th Production, Box X, pp. 00137-140).

202.   HR Managers Meeting notes of 8-29-13 (P's 27th Production, Box T, pp. 00843-851).

203.   HR Managers Meeting notes of 5-15-14 (P's 27th Production, Box T, pp. 00839-841).

204.   HR Managers Meeting Notes of 7-24-14 (and Dayforce HCM attachment) (P's 27th Production, Box T, pp. 00817-827).

205.   HR Managers Meeting Notes of 9-4-14 (pages 1-6) (P's 27th Production, Box T, pp. 00931-936).

206.   Email thread ending from Endicott to me (at home), 5-16-16 at 10:41, subject: 'RE: Question' (P's 26th Production, Box F, pp. 0030-36).

207.   Meeting notes of 10-31-14 and special notes of 10-31-14 (P's 7th Production, Box J, pp. 008-11).

208.   Email from Pritchard to Endicott with cc to Howard, 2-10-16 at 07:52, subject: 'RE: Just an FYI' (P's 7th Production, Box J, pp. 00186-187).

209.   Email thread ending from Pritchard to Howard, Carpenter, Crawford and Taylor, 11-17-16 at 06:23, subject: 'FW Is there any word yet on the three CVT Awards and the one IMAD I submitted?', PE-10s and CVT/IMAD nominations (P's 7th Production, Box J, p. 00430).

210.   Email from Pulapaka to Kundu, Wilson and Pritchard, 7-5-16, subject: 'RE: COLAs for Ramaswamy, Tamboli, Kessler, Takkellapati, Mount, Singh and Oden' (P's 27th Production, Box T, pp. 00240-241).

211.   Email thread from Pritchard to Vegliante ending from Pritchard to all Compensation staff, 7-13-16 at 14:15, subject: 'FW: Items to discuss ASAP --- see list of text in this email.' Box??, bookmark??

212.   Email thread from Pritchard to Vegliante ending from Pritchard to Howard, 8-4-16 at 13:05, subject: 'FW: Term Employee Retention/Pay Adjustment Process = STILL "BROKEN" (P's 7th Production, Box J, pp. 00404-405).

213.    Email from Pritchard to Howard, 8-18-16 at 06:48, subject: 'Roumenov …' (P's 7th Production, Box J, p. 00422).

214.   Email thread between Pritchard and Vegliante ending from Pritchard to Vegliante, 8-29-16 at 11:21, subject: 'FW: Term Employee Retention/Pay Adjustment Process = STILL "BROKEN" (P's 7th Production, Box J, pp. 00408-410).

215.   Email from Pritchard to Vegliante, 11-22-16 at 14:00, subject: 'Email for Record – H employee COLAs' (P's 7th Production, Box J, p. 00133).

216.   Email and attachment: printed out 3-page printout on COLA-eligible employees (P's 27th Production, Box T, pp. 002-005).

217.   6-30-16 HR Managers Meeting notes of June 30, 2016 (P's 27th Production, Box T, pp. 00156-158).

218.   Email thread ending from Pritchard to Endicott and Howard, 8-15-16 at 12:26, subject: 'FW: Paramedic Hiring Initiative', and email from Pritchard to Compensation staff, 7-14-16 at 11:37, subject: 'HR Managers Meeting Notes, 7-14-16 (with attachment), Box X, 2-H.

219.   HR Managers Meeting notes of August 15, 2013 (P's 27th Production, Box T, pp. 00878-883).

220.   HR Managers Meeting notes of July 31, 2014 (P's 27th Production, Box T, pp. 00813-815).

221.   HR Managers Meeting notes of April 2, 2015 (P's 27th Production, Box T, pp. 00760-761).

222.   HR Managers Meeting notes of March 17, 2016 (P's 27th Production, Box T, pp. 001029-1032).

223.   HR Managers Meeting notes of March 24, 2016 (P's 27th Production, Box T, pp. 001033-1035).

224.   Meeting notes copy of PPT presentation of October 23, 2012 (P's 7th Production, Box J, pp. 0063-67).

225.   Washington Post Internet article (8-19-18) and email from Leuck to Pritchard, 8-23-18 (P's 7th Production, Box J, pp. 002-005).

226.   Washington Post newspaper article (9-9-19) concerning Potter's compensation (P's 34th Production, pp. 1-2)

227.   Email (with attachment) of 11-17-16 on Federal Senior Executive Pay, and email (with attachment) of 11-16-16 on Aviation Executive Compensation and Benefits (P's 16th Production, Box X2, pp. 0048-62).

228.   Reserved.

229.   Email from Pritchard to Compensation staff, 11-4-16 at 0825, subject: 'FW: AA Program Meeting DECISIONS 8-8-16, annotated 11-4-16' (with attachment) (P's 16th Production, Box X2, pp. 0074-76).

230.   Pulcrano/Delate email thread ending 7-12-16 at 0911, subject: 'IT Professional Development Program' (with attachments), and email from Robinson to Pritchard with cc to Delate, 7-14-16 at 12:49, subject: 'My comments on the IT Pilot Program' (with attachment), Box X2, bookmark B

231.   Email from Robinson to Pritchard, 7-15-16 at 15:11, subject: 'MA-540 Comments on the IT Pilot Program Document and Offer Letter' (P's 7th Production, Box J, pp. 00135).

232.   Email from Pritchard to Pritchard, 3-9-16 at 08:02, subject: '3-7-16 – TV/KP/NR re: TCO testing' (P's 16th Production, Box X2, p. 00137).

233.   Memo from Vegliante to Distribution, 2-19-15 and program documents re: Succession Planning/Leadership Development Program, Box X2-C.

234.   Manning contract documents including sole source justification signed by Potter 10-19-11 (MWAA Form PR-45), Box T, bookmark 10-A

235.   HR Managers Meeting notes of 11-19-15. (P's 27th Production, Box T, pp. 00166-170).
236.   On Good Authority of 10-28-16, (P's 16th Production, Box X2, pp. 00154-159).
237.   Performance evaluation documents (P's 12th Production, Box 18, pp. 00248-300 and 00315-361).
238.   Notes about discussions with Wade and Kalet re: Treadaway' Box F, bookmark b1.1.


### Exhibits Plaintiff May Offer if the Need Arises:

239.   Deposition Transcript of Morris Kletzkin
240.   Deposition Transcript of Michael Rumberg
241.   Deposition Transcript of Anthony Vegliante
242.   Deposition Transcript of John Potter
243.   Deposition Transcript of Philip Sunderland
244.   August 7, 2019 Defendant's Responses to Plaintiff's First Set of Discovery Requests—Admissions
245.   August 9, 2019 Defendant's Responses to Plaintiff's First Set of Discovery Requests—Interrogatories


In addition to the exhibits listed above, Plaintiff reserves the right to offer at trial any exhibit listed on Defendant's exhibit list. By placing a document on his exhibit list, Plaintiff is not waiving any objections he may have to the use of such documents by Defendant. This list also excludes evidence Plaintiff might introduce as impeachment evidence.


Respectfully submitted,


/s/ Nina Ren

Richard R. Renner, Esq. (appearing pro hac vice)
James M. Eisenmann, Esq. (appearing pro hac vice)
Email: jeisenmann@kcnlaw.com
Nina Ren, Esq. (VSB No. 86434)
Email: nren@kcnlaw.com

12

Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW, Suite 1000
Washington, D.C. 20006
Direct Dial: 202-558-5968
Office: 202-331-9260
Facsimile: 1-866-879-6171
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, I will electronically file the foregoing with

the Clerk of Court using the CM/ECF system, which will then send a notification of such filing

(NEF) to the following:

Joseph W. Santini, Esq. (jsantini@dclawfirm.com)
Lindsay Allaire Thompson (lathompson@dclawfirm.com)
Friedlander Misler, PLLC
5335 Wisconsin Avenue, NW, Suite 600
Washington, D.C. 20015

**Counsel for the Defendant**

/s/ Nina Ren
Nina Ren