# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>        Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that on **October 4, 2019, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendant Metropolitan Washington Airports Authority, by counsel, will move this Honorable Court to grant its Motion in Limine to Exclude Certain Evidence Intended to be Introduced by the Plaintiff Kenneth Pritchard.

              Respectfully Submitted,

              FRIEDLANDER MISLER, PLLC

              /s/ Joseph W. Santini

              Joseph W. Santini, Esq., Va. Bar # 47377
              Lindsay A. Thompson, Va. Bar # 83175
              5335 Wisconsin Ave., NW, Suite 600
              Washington, DC 20015
              202-872-0800
              202-857-8343 (fax)
              jsantini@dclawfirm.com
              lathompson@dclawfirm.com

              *Attorneys for Defendant Metropolitan Washington*
              *Airports Authority*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on the 20th day of September 2019, I sent the above Notice of Hearing via the Court's ECF system, to:

  Richard Renner, Esq.
  James M. Eisenmann, Esq.
  Nina Y. Ren, Esq.
  KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
  818 Connecticut Ave., NW, Suite 1000
  Washington, D.C. 20006

             /s/ Joseph W. Santini
             _____
             Joseph W. Santini