**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| KENNETH PRITCHARD,<br><br>                              Plaintiff,<br><br>v.<br><br>METROPOLITAN WASHINGTON<br>AIRPORTS AUTHORITY<br><br>                              Defendant. | Civil Action No. 1:18-cv-1432-AJT-TCB |

**DEFENDANT METROPOLITAN WASHINGTON AIRPORTS AUTHORITY'S
SUPPLMENTAL OBJECTION TO PLAINTIFF'S RULE 26(a)(3) EXHIBIT LIST**

Defendant Metropolitan Washington Airports Authority ("Airports Authority"), by counsel, hereby files the following Supplemental Objection to Plaintiff's Rule 26(a)(3) Exhibit List (Doc. 50), and using the same numbering system therein, states as follows:

**Supplemental Specific Objection to Exhibits**

In addition to those objections previously made by the Airports Authority to Plaintiff's Exhibits (*see* Doc. 56), the Airports Authority further objects to all Exhibits listed by Plaintiff which were produced after Plaintiff's deposition on July 25, 2019, as the untimely production of these documents, long after they were due to be produced in response to discovery requests, deprived the Airports Authority of the ability to question Plaintiff about such documents during his deposition.  This objection is made to the following Exhibits listed by Plaintiff in his Exhibit List (Doc. 50): 6 – 25; 29 – 40; 44 – 49; 51 – 100; 102 – 152; 154 – 198; 200 – 238.

Respectfully Submitted,

FRIEDLANDER MISLER, PLLC

/s/ Joseph W. Santini

Joseph W. Santini, Esq., Va. Bar # 47377
Lindsay A. Thompson, Va. Bar # 83175
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
jsantini@dclawfirm.com
lathompson@dclawfirm.com

*Attorneys for Defendant Metropolitan Washington Airports Authority*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 23rd day of September 2019, I sent the above Supplemental Objections to Plaintiff's Rule 26(a)(3) Exhibit List via the Court's ECF system, to:

Richard Renner, Esq.
James M. Eisenmann, Esq.
Nina Y. Ren, Esq.
KALIJARVI, CHUZI, NEWMAN & FITCH, P.C.
818 Connecticut Ave., NW, Suite 1000
Washington, D.C. 20006

/s/ Joseph W. Santini

Joseph W. Santini