**Pritchard, Ken**

| | |
|---|---|
| **From:** | Endicott, Gail |
| **Sent:** | Wednesday, October 10, 2012 7:19 AM |
| **To:** | Pritchard, Ken |
| **Subject:** | Some things you need to know.. |

Hi.

I had my physical on Friday morning – my blood pressure at that time was 130/**100**....needless to say, I am very stressed and I will have to have my carotids checked (Doppler) on Tuesday (10/16) so I will be giving you a leave slip this morning for that.  I have been feeling 'pressure' in my neck and shoulders but can't know if it is just stress or something more serious.  My grandmother had a fatal stroke in her late sixties....so I want to take whatever precaution I can to prevent that from happening to me …. I'll keep you posted.  I am CERTAIN that this environment is a major contributor to my physical situation and I am not going to compromise my health for this mess.

Second, I am not allowing IT to switch to my new computer UNTIL I have finished and sent out all the Top Aviation reports to our customers.  I don't want anything to disrupt that and all I can see is losing all this work I have done and having to start over....that would be bad for me in so many ways.  Just in case someone gives you grief about this....

Since I did not get any text messages while I was away, nor phone messages on my work or cell phones, I will have to assume, sadly, that it is still status quo here.....I hope you will tell me differently...

I had planned to come in and work this Saturday (OT) – while I still am planning that, I will have to monitor my health situation and see if that is still a good plan.  I'll let you know by Friday.

I am thankful to have been out of this place for the past few days – I believe it has been helpful to me – please let me know what I have missed.

Thanks.

Gail P. Endicott, CCP
Compensation Specialist
Metropolitan Washington Airports Authority
1 Aviation Circle
Washington, DC 20001-6000
703-417-8358
703-417-8893 fax

## Pritchard, Ken

**From:** Pritchard, Ken
**Sent:** Friday, November 02, 2012 10:50 AM
**To:** 'Gpendicott@aol.com'
**Cc:** Howard, Jennifer
**Subject:** RE: Today

And NERO FIDDLES ... what a place!  Protect yourself first!  See you when you feel better ...

**From:** Gpendicott@aol.com [mailto:Gpendicott@aol.com]
**Sent:** Friday, November 02, 2012 4:34 AM
**To:** Pritchard, Ken
**Cc:** Howard, Jennifer
**Subject:** Today

I left you a voice message as well.

They fed dye into my artery yesterday to follow it and see what is going on between my heart and head.  It was quite an experience that I was not prepared for; but the technicians and attending dr. did a really good job of trying to explain to me what could happen and prepare in the event my body reacted as the 1 in 100,000 might..  A very unusual sensation....I don't want to repeat anytime soon...no results yet - have to wait for the cardiologist to call me.

It left me feeling strange and not myself (like a low consistent anxiety attack the rest of the day...and faster beating heart and some tightness/pressure in my chest - I actually thought a few times I needed to be ready to have to go to the emergency room, but it did not come to that-yet) and I would imagine reading the feds report did not help my state of mind/heart.

I will not be in the office today - I do not feel well enough to subject myself to more stress and will try to rest and not think about that place for the next few days so I can return Monday with some strength and a better general feeling.  I am hoping the dr. will call today...

Please call me if you need me.

Gail

DANIEL MORGAN ?

Pritchard v MWAA
PX 20, p.3
USB - 003

**Pritchard, Ken**

| | |
|---|---|
| **From:** | Pritchard, Ken |
| **Sent:** | Tuesday, November 06, 2012 6:02 PM |
| **To:** | Endicott, Gail |

**Subject:** RE: Regarding my attendance at Potter/HR manager meetings this week

Gail –

I do understand about your health.  It must come first.  Therefore, please do NOT attempt to represent Compensation or me in any of these meetings in my absence; I will let folks know that I have no designee.

Unfortunately, I cannot ask Jennifer to attend these meetings in my absence to represent Compensation or me because she reports to the VP for HR (and now the Acting VP for HR – Jack Potter himself), not me, and has officially reported to the VP for HR since mid-August.  I will put on my list of things to do telling Potter that I suggest Jennifer be considered to represent Compensation/me (in my absence).  However, this may not be necessary because Warren Reisig is "responsible for the direction of the compensation ... programs" according to an email notification I got from Arl Williams on 10-17-12 (11:00).  Potter confirmed this on 10-23-12 (08:40±) when I asked him directly about it.  He told me that (1) Compensation was under Reisig (as Manager of the expanded department IAW the org chart you had found on Livelink) and (2) I, myself, officially reported to Reisig (this second fact is just the opposite of what Williams said in his email of 10-17-12).  Further, Potter said that he had personally (pre-) approved both (1) and (2) above, and that these two items were effective at least concurrent with the date on the org chart (9-20-12) you found on Livelink, if not earlier – this is the only part of his statements in the 10-23-12 meeting that were not crystal clear to me:  exactly when items (1) and (2) became effective.  Potter did not hedge or hesitate to claim ownership of decisions (1) and (2), which must mean also that he (pre-) approved the (a) demotion, (b) reduction in job scope (from organization development to employee development) and (c) retained grade status of Mike Brogan in August (which is one reason why I must guess that this action was effective for me in August, too, though I still have not received the "courtesy" of a form PE-15 and a memo as Mike did).

-- KP

**From:** Endicott, Gail
**Sent:** Monday, November 05, 2012 11:05 AM
**To:** Pritchard, Ken
**Subject:** Regarding my attendance at Potter/HR manager meetings this week

Ken,

I feel that my presence at these meetings this week in your absence, IF that should happen, while I certainly would be diplomatic, respectful and professional in my demeanor especially in the presence of aggressive behavior , would be potentially detrimental to my tenuous health at the present time.  I know I would internalize all activity and remarks, and my health could suffer as a result.  I think Jennifer would be more suited to attend on your behalf for many reasons, most importantly of which being she has and knows HR history and could be better equipped to record events, etc.

Of course, if you were to insist that I attend in your absence, I would certainly do that for you.

Gail P. Endicott, CCP
Compensation Specialist
Metropolitan Washington Airports Authority
1 Aviation Circle
Washington, DC 20001-6000
703-417-8358
703-417-8893 fax

PX 20, p.4

Pritchard v. MWAA

11/06/2012

PX 20, p.4
Pritchard v. MWAA
USB - 004

Gail (very upset) just explained to me that she 'cannot take' what happened today, that she finds SP at fault *entirely* for the arguments at the e PE-10 meeting this morning (and when I said to her I'll try to be cooler, she said 'that was unprofessional by him' not you), that TV's keeping Lockhart is wrong, that neither SP nor TV has any appreciation of 'what we went through' and that 'the guy in the corner office' is out-of-touch and 'unresponsive.'

**She went on to say that she has told her husband that if she has a heart attack and dies, he is to 'sue the pants off this place.'**

**From:** Pritchard, Ken
**Sent:** Wednesday, October 22, 2014 11:20 AM
**To:** Endicott, Gail
**Subject:** RE: I would like permission to go home - SL - I just can't stand it today..sorry.

OK ...

**From:** Endicott, Gail
**Sent:** Wednesday, October 22, 2014 11:18 AM
**To:** Pritchard, Ken
**Subject:** I would like permission to go home - SL - I just can't stand it today..sorry.


*Gail P. Endicott, CCP*
*Compensation Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

## FW: I would like permission to go home - SL - I just can't stand it today..sorry.

**From :** Ken Pritchard <Ken.Pritchard@MWAA.com>          Wed, Oct 22, 2014 12:25 PM

**Subject :** FW: I would like permission to go home - SL - I
just can't stand it today..sorry.

**To :** kenpritchard@erols.com

**From:** Pritchard, Ken
**Sent:** Wednesday, October 22, 2014 12:25 PM
**To:** Howard, Jennifer
**Subject:** RE: I would like permission to go home - SL - I just can't stand it
today..sorry.

thx

**From:** Howard, Jennifer
**Sent:** Wednesday, October 22, 2014 11:39 AM
**To:** Pritchard, Ken
**Subject:** RE: I would like permission to go home - SL - I just can't stand it
today..sorry.

She just stopped in on her way out to tell me she was leaving and why.  She was
visibly shak*en* and literally shak*ing*!  She mentioned her blood pressure and stated
that she had to leave today, **right now**, because she's concerned about her high
blood pressure!  I'm a bit taken aback, as Gail is normally 'the calm one' – compared
to you and me.  I guess I was startled because I honestly don't even recall seeing her
so visibly shaken, even during the time of the IG investigation/Williams vs. Pritchard
opposition!  Something is very wrong, here.

Jennifer

**From:** Pritchard, Ken
**Sent:** Wednesday, October 22, 2014 11:28 AM
**To:** Howard, Jennifer
**Subject:** FW: I would like permission to go home - SL - I just can't stand it
today..sorry.

**Retain this email.**

**RCN Webmail**                                          **kenpritchard@starpower.net**

---

## RE: Here on Saturday, 6/4, at 7:45 am

---

**From :** Gail Endicott <Gail.Endicott@MWAA.com>          Sat, Jun 04, 2016 04:14 PM

**Subject :** RE: Here on Saturday, 6/4, at 7:45 am

**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
kenpritchard@starpower.net

Thank you for letting me work today for last Tuesday.  It makes a big difference in my work – yesterday was fraught with MA-510 stuff (did 1 proposed offer memo and 2 preliminary proposed offer emails) – today I focused on MA-540 stuff......spent the entire morning looking for PGCPS and MCPS living wage info ..... I can't find anything for these two and I used every possible word combination I could think of to search on; and I looked at budgets and procurement....it's either not there or very well hidden - I'll have to regroup with Mike on Monday.

I didn't see anyone today – leaving at 4:15 pm.

DON'T FORGET TO SEND A NOTE TO COB RECEPTIONIST about your car being parked here for a few days.....I will assume the key will be in the same spot where you always put it.  Have a nice trip.

Oh and by the way – this is the last item on this coming Tuesday's EXEC VP Staff meeting agenda:
**Management Intern Final Project – MWAA Advantage (Vegliante)**

*Gail*


**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 1:30 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

Back at 1:30 pm.


*Gail*


**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 12:59 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

Stepping out to get a sandwich...will be back.  Out at 1:00 pm.

*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 7:48 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here on Saturday, 6/4, at 7:45 am


*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

Pritchard v. MWAA

PX 20 v. MWAA
Printed v. MWAA
USB - 008

**RCN Webmail**                                    **kenpritchard@starpower.net**

---

**couple things...before I forget**

---

**From :** Gail Endicott <Gail.Endicott@MWAA.com>        Sat, Feb 06, 2016 08:08 AM
**Subject :** couple things...before I forget
**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
kenpritchard@starpower.net

I meant to mention this yesterday – looks like JE is on another trip to the DR.....his Mercedes is parked way down in our designated parking area.....closer to the terminal, of course.  The car was there yesterday and I wanted to mention it to you but forgot.

And – since you said you wanted more 'notice' on my switching days – I thought I would 'alert' you now to the POSSIBILITY (all depends on the weather next week which could be very interesting.....Winter isn't over just yet – Praise the Lord!).....that I may do some days off – perhaps take off Thursday and Friday (2/11 & 12) and use 8 hours of AL and switch 2/11 with next Saturday, 2/20 OR I may just take Friday and switch it with next Saturday – NOT SURE YET BUT THOUGHT YOU WOULD want to know now what I am thinking about – I would like to go visit my dad but the weather will play a big part of that decision.  And Tuesday looks a bit 'iffy' at the moment --- snow in case you haven't heard – starting Monday night into all day Tuesday.....and right now they are talking inches.  Then next Thursday comes the Arctic blast which could set us up for some mid-February 'event'......stay tuned.


*Gail P. Endicott, CCP*
*Compensation Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

---

Pritchard v. MWAA
PX 20, p.9
USB - 009

**RCN Webmail**                                    **kenpritchard@starpower.net**

---

## RE: Here on Saturday, 10/3 at 7:15 am - 8 hours for Thursday, Sept. 24th

---

**From :** Gail Endicott <Gail.Endicott@MWAA.com>        Sat, Oct 03, 2015 03:28 PM

**Subject :** RE: Here on Saturday, 10/3 at 7:15 am - 8 hours for Thursday, Sept. 24th

**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>, kenpritchard@starpower.net

So I am leaving at 3:30 today – I did my time sheet.  I will only be here briefly on Monday morning before heading over to Fairfax.  I will return to the office on Tuesday and then here the rest of the week.

Thanks for letting me switch days.


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, October 03, 2015 7:17 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here on Saturday, 10/3 at 7:15 am - 8 hours for Thursday, Sept. 24th



*Gail P. Endicott, CCP*
*Compensation Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

---

Pritchard v. MWAA
USB - 0010

http://mail.rcn.com/zimbra/h/printmessage?id=408180                    2/21/2017

**RCN Webmail**                                    **kenpritchard@starpower.net**

## RE: Here on Saturday, 3/19 at 8:32 am

**From :** Gail Endicott <Gail.Endicott@MWAA.com>        Sat, Mar 19, 2016 04:39 PM
**Subject :** RE: Here on Saturday, 3/19 at 8:32 am
**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
          kenpritchard@starpower.net

Leaving today at 4:40 pm.  I did not see a soul here today....very quiet.  I did my time
sheet.  Thanks for letting me switch days.

I sent our survey input to the Port of Seattle.

Have a nice week away from this place....your car is still in the lot.


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, March 19, 2016 8:35 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here on Saturday, 3/19 at 8:32 am


*Gail P. Endicott, CCP*
*Compensation Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

http://mail.rcn.com/zimbra/h/printmessage?id=473408                2/21/2017

PX 20 v. MWAA
USB - 0011

**RCN Webmail**                                    **kenpritchard@starpower.net**

---

## RE: Here on Saturday, March 26 at 8:26 am

---

**From :** Gail Endicott <Gail.Endicott@MWAA.com>          Sat, Mar 26, 2016 05:29 PM
**Subject :** RE: Here on Saturday, March 26 at 8:26 am
**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
kenpritchard@starpower.net

Leaving today at 5:30 pm – I did my 8 hours for yesterday and the 30 minutes I owed
for Thursday.  While I am currently scheduled to be off on Monday, 3/28 (working
next Saturday instead), I may change my mind; but do appreciate the option.

I did not see anyone here at all today – although there were several police personnel
checking locks/doors, etc.

See YOU Tuesday.  "Alleluia - He is Risen!"


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, March 26, 2016 1:24 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, March 26 at 8:26 am

Back in at 1:25 pm


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, March 26, 2016 12:59 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, March 26 at 8:26 am

Stepping out at 1:00 pm to get a sandwich for lunch.


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, March 26, 2016 8:28 AM

**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here on Saturday, March 26 at 8:26 am

Your car is still in the lot and the black Mercedes is in its slot.

*Gail P. Endicott, CCP*
*Compensation Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

PX 20, p.13

http://mail.rcn.com/zimbra/h/printmessage?id=476320

Pritchard v. MWAA

2/21/2017

PX 20, p.13
Pritchard v. MWAA
USB - 0013

**RCN Webmail**                                    **kenpritchard@starpower.net**

---

### RE: Here Saturday, 4/16 at 8:35 am

---

**From :** Gail Endicott <Gail.Endicott@MWAA.com>        Sat, Apr 16, 2016 05:01 PM
**Subject :** RE: Here Saturday, 4/16 at 8:35 am
**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
        kenpritchard@starpower.net

Leaving today at 5:00 pm.

Wanda is here and was printing out a boatload of stuff. I didn't see anyone else although Amine sent me a message asking me to bring a copy of my degree as they don't have one on file....I managed to get the HRA-NCA survey input in shape. All I have to do is answer the questionnaire that accompanies it and double check my data input before sending. It is due by the 29th. I plan to send it later this week or next Saturday. Then I can focus on my Creep project. I am waiting for some performance rating data from Jennifer so I can send in the World at Work Budget survey which is due May 2.

Also – just FYI – I have two OPFs sitting on my desk – just in case someone is looking for them: Lisa Robinson and Jose Diaz.

I did my timesheet and I won't be in until Thursday – I am reachable by cell phone – please leave a message if you don't get me and I'll get back to you...have a good week. Thanks for letting me switch days – it makes all the difference for me to be able to concentrate on my work when here and not have a lot of interruptions ESPECIALLY when working on these surveys...and there were a LOT of interruptions on Friday from a very troubled man in our Department....


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, April 16, 2016 8:36 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here Saturday, 4/16 at 8:35 am

Black Mercedes in its spot and it looks like JE must be on one of his Dominican Republic junkets....


*Gail P. Endicott, CCP*
*Compensation Specialist*

http://mail.rcn.com/zimbra/h/printmessage?id=484200                2/21/2017
USB - 0014

*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

**RCN Webmail**                                     **kenpritchard@starpower.net**

## RE: Question

**From :** Gail Endicott <Gail.Endicott@MWAA.com>          Mon, May 16, 2016 10:41 AM

**Subject :** RE: Question

   **To :** kenpritchard@starpower.net, Ken Pritchard
         <Ken.Pritchard@MWAA.com>

You may want to know that Sandra paid me a visit this morning to tell me all about what happened regarding access to offices on Friday.  She had a few things to say about someone intimately involved in that effort that you might be interested in.

*Gail*

**From:** kenpritchard@starpower.net [mailto:kenpritchard@starpower.net]
**Sent:** Monday, May 16, 2016 6:25 AM
**To:** Endicott, Gail
**Subject:** Re: Question

won't solve anything ... the master keys will be changed, too ...

I'll talk to staff at the staff meeting and I will talk to PD directly

**From:** "Gail Endicott" <Gail.Endicott@MWAA.com>
**To:** kenpritchard@starpower.net
**Cc:** "Ken Pritchard" <Ken.Pritchard@MWAA.com>
**Sent:** Monday, May 16, 2016 6:16:36 AM
**Subject:** RE: Question

Then I would like my lock changed.

*Gail*

**From:** kenpritchard@starpower.net [mailto:kenpritchard@starpower.net]
**Sent:** Monday, May 16, 2016 6:08 AM
**To:** Endicott, Gail
**Cc:** Pritchard, Ken
**Subject:** Re: Question

We live in 'the TV environment' (of instancy) ... I'm not there AND you're not there too often (for TV) ... I am not going to change the policy

**From:** "Gail Endicott" <Gail.Endicott@MWAA.com>
**To:** kenpritchard@starpower.net
**Cc:** "Ken Pritchard" <Ken.Pritchard@MWAA.com>
**Sent:** Monday, May 16, 2016 5:51:57 AM
**Subject:** RE: Question

I was thinking about this and note that these breaches happen more often when you are out of the office – example:  last Tuesday when I went to the HRMS meeting and then Friday while both of us were out....the other thing that bothers me is as long as that key is accessible as it is now, anyone can come at any hour of the day or night to use it to access any of our offices.....I do not think this is a wise idea primarily because we do not have a fully mature set of people working in this department who only use that key when absolutely necessary for BUSINESS reasons.

I strongly suggest that you change the policy on key use specifically when you are out of the office.  I don't see the harm in requiring there be a second person who accompanies the individual who "needs" access.....

We lived without a key for a long time without any issues; I don't understand WHY this key is an absolute necessity to facilitate, basically, ONE individual.  If I had to obtain access to your office and we didn't have a key, I would not hesitate to seek assistance from Sandra or Verdella or Kevin.....if it is truly a business need, there are OTHER avenues of entry.  In fact, I strongly believe that is a GOOD thing – to have to go to an authorized person (who has a master key) to gain entry to anyone's office including their own.

THIS IS TOO PREDICTABLE A SCENARIO – AND AS IN OTHER ISSUES, THIS **WILL** HAPPEN AGAIN AS LONG AS THAT KEY IS ACCESSIBLE.  I dare say it is an "entitlement" issue for one particular individual around whom we are all "dancing".....and I can't figure out why.


*Gail*

**From:** kenpritchard@starpower.net [mailto:kenpritchard@starpower.net]
**Sent:** Saturday, May 14, 2016 10:15 AM
**To:** Endicott, Gail
**Cc:** Pritchard, Ken
**Subject:** Re: Question

I'll take care of this Tuesday afternoon or Wednesday ...

But, I don't want the key moved/taken.

http://mail.rcn.com/zimbra/h/printmessage?id=495643

**From:** "Gail Endicott" <Gail.Endicott@MWAA.com>
**To:** "Ken Pritchard" <Ken.Pritchard@MWAA.com>, kenpritchard@starpower.net
**Sent:** Saturday, May 14, 2016 10:04:57 AM
**Subject:** RE: Question

I was working on EI documents and files yesterday morning before I left and wanted to leave things out since I still had work to finish and did not want to have to lock everything up. I knew (and again, I am correct given all the travail yesterday about the key...) that as soon as I was gone, my office would be breached as it has been for so many unauthorized reasons to date, including one just this week. So I moved the key (I did not take it with me) because I did not want anyone in my office while there was confidential material accessible and in full view. **I am prepared to explain that either in person or via email to all involved – or you can – whichever you prefer.** Sure enough, a text message to my phone registers at 8:34 am from Nancy about the key. I had turned off my phone before 8am, the start time for the seminar. I turned my phone back on when I finished my lunch with my friend at Tysons at 1:35-ish, and responded to Nancy with this message: "I am just turning on my phone.......if you still need to get into an office just ask Sandra to let you in ..she has a key." There was no response to that.

A decision to lock up sensitive information in my office should not be dictated by the fact that a master key is available to anyone, anytime to access my or any MA-540 office. I have a locked door which should be respected by everyone, and especially those in my department, when I am not here. Obviously YOU have the authorization to enter my office whenever you deem appropriate; and I do not have an issue with that. But what was on my desk and in view in my office yesterday was confidential and private Airports Authority information, for which I am responsible AND NOT for view by anyone else in this company. Unauthorized accesses to my office for a variety of insignificant and non-business reasons have been determined and promulgated by someone who is not privy to this confidential information, and who has a history of deciding it **is** his business when, in fact, he is not authorized. I believe I am responsible for the confidentiality of this Program and therefore I will take whatever steps are necessary to protect sensitive information, which in this case meant moving the key due to a hunch that turned out to be correct, regarding the probability of an unauthorized access. (It is moot in this case whether anyone has an interest in or cares about this Program – I am STILL held responsible for it.)

I am prepared to send a note (see below) that explains not only what happened with the key yesterday, but also that I am requesting NO unauthorized entry to my office going forward for any ("helpful" or unauthorized) reason; and that ANY "authorized" entry into my office in your absence must be accompanied by someone like Sandra or Jennifer. *The alternative, if appropriate, is to have a different lock on my door which will require a different key AND one that will not be available to anyone else but you and me. Given the imminent move, I frankly don't see that happening, although THAT would seem to solve the immediate problem. (By the way – this no unauthorized entry policy should apply to ALL MA-540 offices, and not just mine. PD*

Pritchard v. MWAA
USB - 0018

*did the same thing to Jennifer by unlocking her office for Marta to vacuum which I
know Jennifer was not very happy about....)*

Opening my door for vacuuming, getting candy or putting my trash bin in my office
when emptied, are UNACCEPTABLE reasons for access especially when the person,
nine times out of ten, has an observed/witnessed history of looking at/opening my
mail and going through private items, not to mention asking unlimited personal
questions, and HAS NO BOUNDARIES WITH REGARD TO ANYONE ELSE.

And Ken, I don't think this is a bit funny.  It is pathetic, and I don't think any of us
should have to go to such lengths to thwart unauthorized, not to mention
COMPENSATION, employees in order to protect sensitive Airports Authority, OR
PERSONAL, information.  I dare say THEY SHOULD KNOW BETTER.  (The key is back
where it is usually housed, though against my better judgment.)

### Suggested email from me to MA-540 (or selected individuals, if you wish) as/if you deem appropriate:

On Friday, May 13th, I was in the office for about an hour and was working on some
Exit Interview Program documents.  Because I did not finish my work and did not
want to lock everything up, I left these documents on my desk.  As you know, the EIP
is a confidential program containing information that is NOT authorized for anyone
else in MA-540, except Ken when appropriate.  Further, I am held responsible (and
PfP- evaluated) for its administration, success, and required confidentiality; and
therefore, I will take whatever steps are necessary to protect this information.  Rather
than have a confidentiality breach, particularly in view of unauthorized and non-
business access to my office for Marta to vacuum without my permission earlier in the
week, I decided to move the key on Friday to prevent a breach in confidentiality.
There are other authorized individuals in the COB who have a master key and can
allow access to other offices, in Ken's, and the "key's," absence, such as Sandra and
Verdella or Kevin Jones WHEN BUSINESS NEEDS APPLY.  So I did not see this one-
day "inconvenience" as prohibiting anyone from doing their jobs.

I want to take this opportunity to respectfully request from this point forward, that no
one enter my office WITHOUT THE APPROPRIATE BUSINESS AUTHORIZATION to do
so which, in Ken's absence, would include the accompaniment of Sandra or Jennifer.
I appreciate your respect for me in this regard, as well as that of the Management
Guidance (08-01 revised July 1, 2014) governing this Program and its confidentiality;
and I trust that you will support me and my job by honoring this request.

*Gail*

**From:** Pritchard, Ken
**Sent:** Friday, May 13, 2016 1:32 PM

Case 1:18-cv-01432-AJT-TCB   Document 61-5   Filed 09/24/19   Page 20 of 35 PageID# 903

**To:** Endicott, Gail
**Cc:** Gpendicott@aol.com
**Subject:** FW: Question

I hope this didn't happen … THE key IS needed sometimes

**From:** Pritchard, Ken
**Sent:** Friday, May 13, 2016 1:31 PM
**To:** Delate, Peter
**Subject:** RE: Question

nope

**From:** Delate, Peter
**Sent:** Friday, May 13, 2016 1:31 PM
**To:** Pritchard, Ken
**Subject:** Question

Would you know of any reason Gail would take the master key to MA-540's offices with her today?
(She was in for a bit earlier.) I went into Mike's Office to get a file, got it and know I returned the
key, but when I went back for the key for another of Mike's files, it and the clip were gone.

Pete

**From:** Pritchard, Ken
**Sent:** Friday, May 13, 2016 1:28 PM
**To:** Endicott, Gail; Howard, Jennifer; Delate, Peter; Robinson, Nancy; Rumberg, Michael
**Subject:** FW: Compensation's Comments FOR YOU on the Compensation Specifications for the SaaS HRMS

FYI … as stated, I sent a separate email with the SAME attachment to SP/TL

**From:** Pritchard, Ken
**Sent:** Friday, May 13, 2016 1:27 PM
**To:** Vegliante, Anthony
**Subject:** Compensation's Comments FOR YOU on the Compensation Specifications for the SaaS HRMS

Mr. Vegliante –

All of my comments below are intended for **you**. I have already sent (1) the row-by-row mark-up of the Compensation specifications for the SaaS HRMS to Sam Pulcrano

Pritchard v. MWAA
USB - 0020

Case 1:18-cv-01432-AJT-TCB   Document 61-5   Filed 09/24/19   Page 21 of 35 PageID# 904

and Tanisha Lewis (2) along with a 'summary' stating that Compensation finds the specifications for Compensation functionality (a) deficient from several perspective, (b) fatally flawed and (c) 'not ready for prime time.'

My 'guess' for **you** (as stated below), likewise, must be that specifications for the other HR functions are also 'not ready for prime time'; I had to 'guess' because I was not permitted to review the specifications for other HR functions or Payroll.

Sam Pulcrano asked the Compensation Department to comment on 6 pages of SaaS HRMS 'system requirements' produced by an MWAA team to cover compensation functions.  This MWAA team (exact membership unknown) produced the requirements for Compensation (and other HR functions) without 'complete' coordination with Compensation (or, I guess, the other HR functional areas).  The system requirements specified in the spreadsheet Compensation has just reviewed reflect (1) some of business process reengineering work done by Booz Allen (with MA-540 and other parties) in 2007, specifically the Position to Payroll (P2P) processes, and (2) 'stuff' from places unknown.  Where MWAA "is" at this point fits within the following chain of recent events:  (a) MA-500, based on the work of the 'unknown team' that has now produced the subject SaaS specifications, selects Dayforce (a Ceridian product) and embarks upon the acquisition effort, then stops, (b) MA-500 makes an open solicitation for a new system, with some input from functional area representatives, but cancels it, and (c) MA-500, based on the work of the 'unknown team', selects Workday (which is one of several SaaS vendors), intending to use an existing contract with the City and County of Denver as the acquisition vehicle.

For your own information, I have attached **Compensation's row-by-row mark-up** of the 6 pages provided by Sam Pulcrano; for some unknown reason, the 'Row Number' column on the spreadsheet we received was blank.  Here are three **overarching comments** I have shared with Pulcrano and Lewis:

(1) Many specifications (i.e., system 'requirements') are unclear (i.e., too many guesses have to be made about the specific functionality being required AND key terms are not defined),
(2) the overall intent of MWAA for the system – at least the Compensation part – is unclear, and
(3) related requirements (with a function of HR) should be grouped together to facilitate clarity, but they are not.

**In addition**, we offer **these comments for your 'executive level' interest**:

There should be (1) a position life cycle that begins with position authorization (which is now a budget function for Career positions) and position allocation (by Compensation) and ends with position abolishment/conversion and (2) an employee life cycle that links to position staffing case files (such as 'merit promotion' case files), begins with (a) hire and ends with (b) separation (or 'transition' to retirement) – all aspects of each employee's MWAA history should be captured.

Pritchard v. MWAA
USB - 0021

There is no specification for the position-employee control system ('smart' alpha-
numeric numbering) that you, Mike Brogan, Tanisha Lewis and I have discussed,
which requires integration with the system for budgeting and, perhaps, other parts of
the 'ERP.' This is a fatal flaw, in my view, for (1) the entire HRMS being specified
(including the OD-ED, employment, health-welfare and safety functions from several
perspectives), (2) highly effective HR-safety management by line managers, (3) highly
effective organization design, (4) essentials of good position structure design, (5)
essentials of good control of labor costs (in budgeting, position control, etc.), and (6)
more.

Please also know that I asked Sam Pulcrano for the other spreadsheets (of the other
HR/Payroll functions) to be able to review the rest of the HRMS/Pay specifications to
see if/how HR/Payroll program-specific requirements were complete, consistent,
integrated or not, but was denied them. My guess, based on what we did get to
review, is that these sets of specifications are also 'sub-optimum' and with the 'fatal
flaw' (above).

Lastly, (1) any electronic PE-10 must provide for specific comments from
reviewers/approvers (i.e., not be an all-or-nothing, 'yes/no' concurrence/non-
concurrence form) so that specific questions and objections may be documented – a
really good form would then provide for responses to such matters, (2) such PE-10
would 'also' be filed in an employee's electronic OPF,  and (3) all critical forms
(final/official and fundamental worksheets such as a form PE-10) must visible as a
form so that they may be printed with signatures and dates – full e-copies, not rows
and columns of data).

In summary, I find it impossible to discern the intent and approach 'of MWAA' from a
systemic point of view (POV) – the 6 pages I received are so poorly put together that
they are incoherent from a systemic POV.   I am forced to assume the mish-mash of
entries results from a (bad) cut-and-paste job of (a) some old (2007) Booz Allen
requirements, (b) some requirements from the open solicitation (of this year) that was
cancelled, and (c) exact specifications of Workday or from some other public agency's
solicitation.

-      K. Pritchard

USB - 0022

        

## RE: Here on Saturday, 6/4, at 7:45 am

**From :** Gail Endicott <Gail.Endicott@MWAA.com>       Sat, Jun 04, 2016 04:14 PM

**Subject :** RE: Here on Saturday, 6/4, at 7:45 am

**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
kenpritchard@starpower.net

Thank you for letting me work today for last Tuesday.  It makes a big difference in my work – yesterday was fraught with MA-510 stuff (did 1 proposed offer memo and 2 preliminary proposed offer emails) – today I focused on MA-540 stuff......spent the entire morning looking for PGCPS and MCPS living wage info ..... I can't find anything for these two and I used every possible word combination I could think of to search on; and I looked at budgets and procurement....it's either not there or very well hidden - I'll have to regroup with Mike on Monday.

I didn't see anyone today – leaving at 4:15 pm.

DON'T FORGET TO SEND A NOTE TO COB RECEPTIONIST about your car being parked here for a few days.....I will assume the key will be in the same spot where you always put it.  Have a nice trip.

Oh and by the way – this is the last item on this coming Tuesday's EXEC VP Staff meeting agenda:
**Management Intern Final Project – MWAA Advantage (Vegliante)**

*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 1:30 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

Back at 1:30 pm.

*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 12:59 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

USB - 0023

Stepping out to get a sandwich...will be back.  Out at 1:00 pm.


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 7:48 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here on Saturday, 6/4, at 7:45 am



*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

**RCN Webmail**                                            **kenpritchard@starpower.net**

---

### RE: Here on Saturday, 6/4, at 7:45 am

---

**From :** Gail Endicott <Gail.Endicott@MWAA.com>          Sat, Jun 04, 2016 04:14 PM

**Subject :** RE: Here on Saturday, 6/4, at 7:45 am

**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
kenpritchard@starpower.net

Thank you for letting me work today for last Tuesday.  It makes a big difference in my work – yesterday was fraught with MA-510 stuff (did 1 proposed offer memo and 2 preliminary proposed offer emails) – today I focused on MA-540 stuff......spent the entire morning looking for PGCPS and MCPS living wage info ..... I can't find anything for these two and I used every possible word combination I could think of to search on; and I looked at budgets and procurement....it's either not there or very well hidden - I'll have to regroup with Mike on Monday.

I didn't see anyone today – leaving at 4:15 pm.

DON'T FORGET TO SEND A NOTE TO COB RECEPTIONIST about your car being parked here for a few days.....I will assume the key will be in the same spot where you always put it.  Have a nice trip.

Oh and by the way – this is the last item on this coming Tuesday's EXEC VP Staff meeting agenda:
**Management Intern Final Project – MWAA Advantage (Vegliante)**

*Gail*


**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 1:30 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

Back at 1:30 pm.


*Gail*


**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 12:59 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

Stepping out to get a sandwich...will be back.  Out at 1:00 pm.

*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 7:48 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here on Saturday, 6/4, at 7:45 am

*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

---

PX 20, p. 26 MWAA
USB - 0026

## Webmail                                    kenpritchard@starpower.net

---

## RE: Here on Saturday, 6/4, at 7:45 am

---

**From :** Gail Endicott <Gail.Endicott@MWAA.com>          Sat, Jun 04, 2016 04:14 PM

**Subject :** RE: Here on Saturday, 6/4, at 7:45 am

**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
  kenpritchard@starpower.net

Thank you for letting me work today for last Tuesday.  It makes a big difference in my work – yesterday was fraught with MA-510 stuff (did 1 proposed offer memo and 2 preliminary proposed offer emails) – today I focused on MA-540 stuff......spent the entire morning looking for PGCPS and MCPS living wage info ..... I can't find anything for these two and I used every possible word combination I could think of to search on; and I looked at budgets and procurement....it's either not there or very well hidden - I'll have to regroup with Mike on Monday.

I didn't see anyone today – leaving at 4:15 pm.

DON'T FORGET TO SEND A NOTE TO COB RECEPTIONIST about your car being parked here for a few days.....I will assume the key will be in the same spot where you always put it.  Have a nice trip.

Oh and by the way – this is the last item on this coming Tuesday's EXEC VP Staff meeting agenda:
**Management Intern Final Project – MWAA Advantage (Vegliante)**

*Gail*


**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 1:30 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

Back at 1:30 pm.


*Gail*


**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 12:59 PM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** RE: Here on Saturday, 6/4, at 7:45 am

Pritchard v. MWAA
USB - 0027

Stepping out to get a sandwich...will be back.  Out at 1:00 pm.


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, June 04, 2016 7:48 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** Here on Saturday, 6/4, at 7:45 am



*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

http://mail.rcn.com/zimbra/h/printmessage?id=502641

USB - 0028

**kenpritchard@starpower.net**

## FW: Airport Executive Survey 28 July 2016.xlsx

**From :** Gail Endicott <Gail.Endicott@MWAA.com>           Sat, Aug 06, 2016 10:31 AM
**Subject :** FW: Airport Executive Survey 28 July 2016.xlsx
**To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
   kenpritchard@starpower.net

See my email to Mike below.

This is really getting to me....high blood pressure is not good for only one kidney....I have to start taking a more "I don't care" approach if I am going to prevent health issues since I can't take medications like you can to help prevent or ameliorate physical problems ....and of course, this "I don't care" approach is very unlike me.

It WAS very beneficial to my health to not be here yesterday – so thank you for that.


*Gail*

**From:** Endicott, Gail
**Sent:** Saturday, August 06, 2016 10:28 AM
**To:** Rumberg, Michael
**Subject:** RE: Airport Executive Survey 28 July 2016.xlsx

Mike –

I decided to just go over the survey instrument one more time as if I were the participant trying to answer the questions.....unfortunately this is NOT the final version.  I found a problem in Section 4 – Pay-Benefits Practices – #C. which asks, "If yes to B, what is the maximum number of compensatory hours Executives may carry over to the next leave year?"  The caption immediately above the series of drop down boxes says 'YES or NO' just like many other questions.....AND the boxes have a drop down for 'Yes' or 'No' only – so participants would be unable to enter any number in these boxes – I tried and got beeped each time I put a number in a box.  So not only do you need to remove the header of 'Yes or No' over that series of boxes, you also need to remove the drop down selection from each of those boxes so that people can enter number data.

Also - #4 Vehicle/Vehicle Allowance – the drop down choices are 'Allowance' and '**Phone**' (and not 'Vehicle').  This needs to be fixed as well.

USB - 0029

I went through the other boxes after I found these issues just to be sure there weren't any others......I think this will take care of it.  Could you please double check these boxes after fixing them to ensure that they will actually accept the participant's numerical data?  Thanks.

I tried to fix it, but know only enough about deleting drop down boxes to be 'dangerous' .....  so I am unable to send out this survey today.  ☹  I will prepare all my emails with attached org chart, etc., and wait for you to make the fixes on Monday morning.  Please let me know when it is ready for me to send out.
I would like to try to get all of them out on Monday, if possible, and will have all my emails prepared to just add this survey instrument before sending.

Thanks.


*Gail*

**From:** Rumberg, Michael
**Sent:** Thursday, August 04, 2016 12:05 PM
**To:** Endicott, Gail
**Subject:** Airport Executive Survey 28 July 2016.xlsx

I expect this to be the final version.

---

Pritchard v. MWAA
PX 20, p.30
MWAA
USB - 0030

**Webmail**                                    **kenpritchard@starpower.net**

## Here on Saturday, Aug. 20 at 7:50 am

  **From :** Gail Endicott <Gail.Endicott@MWAA.com>          Sat, Aug 20, 2016 07:50 AM

**Subject :** Here on Saturday, Aug. 20 at 7:50 am

      **To :** Ken Pritchard <Ken.Pritchard@MWAA.com>,
          kenpritchard@starpower.net

*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

USB - 0031

## Re: here on Sat. 6/11 at 8:04 am

**From :** kenpritchard@starpower.net                Sun, Jun 12, 2016 05:55 AM

**Subject :** Re: here on Sat. 6/11 at 8:04 am

   **To :** Gail Endicott <Gail.Endicott@MWAA.com>

   **Cc :** Ken Pritchard <Ken.Pritchard@MWAA.com>

yup

**From:** "Gail Endicott" <Gail.Endicott@MWAA.com>
**To:** "Ken Pritchard" <Ken.Pritchard@MWAA.com>, kenpritchard@starpower.net
**Sent:** Saturday, June 11, 2016 8:05:37 AM
**Subject:** here on Sat. 6/11 at 8:04 am

*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

## Re: You may be interested to know....

**From :** kenpritchard@starpower.net                Sun, Jun 12, 2016 05:55 AM

**Subject :** Re: You may be interested to know....

   **To :** Gail Endicott <Gail.Endicott@MWAA.com>

There is a 'whistle-blower' (just SEPARATED) who emailed all VPs, plus Potter, plus others
on Friday re: the HRMS/ERP project.. let's discuss it when you and mike and I meet.

**From:** "Gail Endicott" <Gail.Endicott@MWAA.com>
**To:** "Ken Pritchard" <Ken.Pritchard@MWAA.com>, kenpritchard@starpower.net
**Sent:** Saturday, June 11, 2016 10:13:15 AM

Pritchard v. MWAA
MWAA - 0032

**Subject:** You may be interested to know....

That there was an update to the Exec VP Staff Meeting agenda for this coming Tuesday to
include Greg Cohen and a few other topics – it isn't just a meeting about HRMS anymore..
…..see me Monday for the new agenda…..


*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

---

### Re: here on Sat. 6/11 at 8:04 am

---

**From :** kenpritchard@starpower.net                    Sat, Jun 11, 2016 03:40 PM
**Subject :** Re: here on Sat. 6/11 at 8:04 am
**To :** Gail Endicott <Gail.Endicott@MWAA.com>
**Cc :** Ken Pritchard <Ken.Pritchard@MWAA.com>

don't have diagnosed stenosis -- my father had it.  <u>My</u> back = accept the pain and do PT.

---

**From:** "Gail Endicott" <Gail.Endicott@MWAA.com>
**To:** "Ken Pritchard" <Ken.Pritchard@MWAA.com>, kenpritchard@starpower.net
**Sent:** Saturday, June 11, 2016 12:04:21 PM
**Subject:** RE: here on Sat. 6/11 at 8:04 am

I worked 4 hours today and claimed 4 hours SL for Wednesday.  I also completed my
time sheet.

I finished the HR-010A, but have a question on Page 13 before finished.

Leaving at 12:05 pm.

PS>  If you don't mind my asking – how did you ultimately resolve/repair *your*
stenosis, or do you still deal with it?

Pritchard v. MWAA
PX 20, p.33
PX 008 - 0033

*Gail*

---

**From:** Endicott, Gail
**Sent:** Saturday, June 11, 2016 8:06 AM
**To:** Pritchard, Ken; 'kenpritchard@starpower.net'
**Subject:** here on Sat. 6/11 at 8:04 am


*Gail P. Endicott, CCP*
*Compensation Programs and Projects Specialist*
*Metropolitan Washington Airports Authority*
*One Aviation Circle*
*Washington, DC  20001-6000*
*703-417-8358*
*703-417-8893 fax*

---

**Fwd: Living Wage Presentation Slide 4**

---

**From :** kenpritchard@starpower.net                    Tue, Jun 07, 2016 05:01 PM

**Subject :** Fwd: Living Wage Presentation Slide 4                    📎2 attachments

   **To :** Gail Endicott <gail.endicott@mwaa.com>

   **Cc :** Ken Pritchard <ken.pritchard@mwaa.com>

1.  You need to ensure this is all correct; you can go through the 67 pages of support documents to ensure there are no mistakes.
2.  Please fix the note that says 'PG' to red 'Prince George's'.
3.  Please fix the notes to be consistent between 'Min Wage' and 'min wage' (I prefer use of 'minimum wage' spelled out in lower case) and between 'Living Wage' and 'living wage' (I prefer lower case).
4.  Are there other changes to make?
5.  Please email the finished PPT to me at my MWAA account by 1200 ET so I can do one/two other changes and email to TV for 'the Board.'

---

**From:** "Ken Pritchard" <Ken.Pritchard@MWAA.com>
**To:** kenpritchard@erols.com
**Sent:** Tuesday, June 7, 2016 1:28:08 PM
**Subject:** FW: Living Wage Presentation Slide 4

---

Pritchard v. MWAA
PX 20, p. 34
0198 - 0034

**Pritchard, Ken**

| | |
|---|---|
| **From:** | Pritchard, Ken |
| **Sent:** | Tuesday, July 17, 2012 11:54 AM |
| **To:** | Endicott, Gail |
| **Cc:** | Howard, Jennifer |

**Subject:** RE: Hope you are feeling better

Yes, who knows who is reading this stuff!

*[handwritten: 7/16/12 Sideways proof]*

**From:** Endicott, Gail
**Sent:** Tuesday, July 17, 2012 10:27 AM
**To:** Pritchard, Ken
**Cc:** Howard, Jennifer
**Subject:** RE: Hope you are feeling better

FOR THE RECORD AND ANYONE READING THESE EMAILS – IT SHOULD BE NOTED:

This IS a toxic work environment and, as such, is unhealthy for ALL of us, even the people not seated in this suite. Others have observed AND COMMENTED on unusual behavior coming from the VP's office.

Gail

**From:** Pritchard, Ken
**Sent:** Tuesday, July 17, 2012 10:18 AM
**To:** Endicott, Gail
**Cc:** Howard, Jennifer
**Subject:** RE: Hope you are feeling better

Yes, Tippett detected my "sickness" when I spoke with him on the phone this morning from your office and just now on my cell, Brian Leuck detected it. (It is better than it was yesterday and Sunday ... I'm starting to get over it.)

I would not have come in today (instead I would have been on SL) were it not for the fact that A. Williams is harassing me. So, I thought it was imperative that I come in. It's a good thing because I see that I have a directive from him (in email form, Friday 7-13-12, 1110) that requires me to **respond** to something for Ali **by COB today** "**unless**" I "**have resigned from**" my "**position**".

Also, Gail, I noted from your voicemail on Friday (July 13) that you may be feeling (getting) ill from the effects of the harassment and retaliation by A. Williams and the overall hostile work environment that is the Office of Human Resources ... If so, this is not surprising.

**From:** Endicott, Gail
**Sent:** Tuesday, July 17, 2012 8:30 AM
**To:** Pritchard, Ken
**Cc:** Howard, Jennifer
**Subject:** Hope you are feeling better

Ken,

I am sorry you sound and look so sick today – I hope you feel better and I hope it is nothing serious.

Gail P. Endicott, CCP
Compensation Specialist
Metropolitan Washington Airports Authority
1 Aviation Circle
Washington, DC 20001-6000
703-417-8358
703-417-8893 fax

PX 20, p. 35

07/27/2012

Pritchard v. MWAA
Box 3B--002