IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KENNETH PRITCHARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN WASHINGTON ) <br> AIRPORTS AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:18-cv-1432 (AJT/TCB) |

## ORDER

Upon consideration of the Plaintiff's Opposed Motion for Leave to File Corrected Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment [Doc. 65] and the arguments in support thereof, it is hereby

ORDERED that the Plaintiff's Opposed Motion for Leave to File Corrected Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment [Doc. 65] be, and the same hereby is, GRANTED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 4, 2019