IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| KENNETH PRITCHARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-1432 (AJT/TCB) |
| | ) | |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Presently pending are Defendant's Motion for Summary Judgment [Doc. No. 44] and Defendant's Motion *in Limine* [Doc. No. 53] (collectively, the "Motions"), which are presently under advisement following the Court's hearing on the Motions on October 4, 2019. It appearing to the Court that a decision on the pending Motion for Summary Judgment [Doc. No. 44] may eliminate all or some of the issues to be tried, it is hereby

ORDERED that the jury trial, presently scheduled to begin on October 21, 2019, is hereby continued to a date to be scheduled expeditiously, as necessary, following the Court's ruling on the Motion for Summary Judgment.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 15, 2019