IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Kenneth Pritchard | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-CV-1432-AJT-TCB |
| Metropolitan Washington Airports Authority | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the order of this Court entered on November 04, 2019 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Metropolitan Washington Airports Authority, and against the Plaintiff, Kenneth Pritchard.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
C. Hoy
Deputy Clerk

Dated: 11/04/2019
Alexandria, Virginia