**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **KENNETH PRITCHARD,**<br><br>        **Plaintiff-Appellant,**<br><br>        v.<br><br>**METROPOLITAN WASHINGTON AIRPORTS AUTHORITY,**<br><br>        **Defendant-Appellee.** | Civil Action No. 1:18-cv-1432-AJT-TCB |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff-Appellant Kenneth Pritchard, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, respectfully gives notice that he appeals from the November 4, 2019, Memorandum Opinion and Order granting summary judgment, and from all prior orders made appealable by this final order, to the U.S. Court of Appeals for the Fourth Circuit.

Respectfully submitted,

*/s/ Nina Ren*
Nina Ren, Esq. (VSB No. 86434)
Email: nren@kcnlaw.com
Richard R. Renner, Esq. (appearing pro hac vice)
Kalijarvi, Chuzi, Newman & Fitch, P.C.
818 Connecticut Avenue NW, Suite 1000
Washington, D.C. 20006
Direct Dial: 202-558-5968
Office: 202-331-9260
Facsimile: 1-866-879-6171
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Joseph W. Santini, Esq. (jsantini@dclawfirm.com)
>Lindsay Allaire Thompson (lathompson@dclawfirm.com)
>Friedlander Misler, PLLC
>5335 Wisconsin Avenue, NW, Suite 600
>Washington, D.C. 20015
>
>***Counsel for the Defendant***

/s/ Nina Ren
Nina Ren