FILED: December 5, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2386
(1:18-cv-01432-AJT-TCB)

_____

KENNETH PRITCHARD

      Plaintiff - Appellant

v.

METROPOLITAN WASHINGTON AIRPORTS AUTHORITY

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:18-cv-01432-AJT-TCB |
| Date notice of appeal filed in originating court: | 12/02/2019 |
| Appellant | Kenneth Pritchard |
| Appellate Case Number | 19-2386 |
| Case Manager | Anisha Walker 804-916-2704 |